UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND; JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; MICHAEL SULLIVAN, as he is TRUSTEE, SHEET METAL WORKERS' NATIONAL PENSION FUND and NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, Plaintiffs, v. NEW ENGLAND VENTILATION CO., INC., Defendant, and BANKNORTH N.A., Trustee. | C.A. No. 05-11330 WGY |

**MOTION FOR ATTACHMENT OF
PERSONAL PROPERTY OF DEFENDANT**

Now come the Plaintiffs in the above-entitled matter and move this Court, pursuant to Rule 64, Fed.R.Civ.P., M.G.L. c. 223, and Rule 4.1, Mass.R.Civ.P., for an order to attach

personal property of the Defendant New England Ventilation Co., Inc. ("NEVC"), to the value of $383,000.00, representing the demand for judgment, plus estimated interest, statutory liquidated damages, attorneys' fees, and costs.

In support thereof, Plaintiffs state they are reasonably likely to recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability insurance shown by the Defendant to be available to satisfy the judgment. In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith and the Affidavits of Elizabeth A. Sloane and Robert W. Keogh, and other pleadings on file in this case.

    Respectfully submitted,

    ROBERT W. KEOGH, as he is
    ADMINISTRATOR, and FESTUS JOYCE
    AND JOHN DESMOND, as they are
    Trustees, SHEET METAL WORKERS
    LOCAL NO. 17 INSURANCE AND
    ANNUITY FUNDS, et al.,

    by their attorneys,

    /s/ Elizabeth A. Sloane
    Donald J. Siegel, Esq., BBO# 461500
    Elizabeth A. Sloane, Esq., BBO#567866
    SEGAL, ROITMAN & COLEMAN
    11 Beacon Street, Suite 500
    Boston, MA  02108
    (617) 742-0208
    SHEET METAL WORKERS
    LOCAL UNION NO. 17,

    by its attorneys,

    /s/ Paul F. Kelly
    Paul F. Kelly, Esq., BBO#267000
    SEGAL, ROITMAN & COLEMAN
    11 Beacon Street, Suite 500
    Boston, MA  02108
    (617) 742-0208

Dated: July 14, 2005

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I attempted to confer with Defendant's counsel, by calling the president of Defendant and leaving him messages to call me and let me know the identity of his legal counsel, if he had retained any, and thereby attempted in good faith to resolve or narrow the issues.

*Elizabeth A. Sloane*
Elizabeth A. Sloane, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Attachment of Personal Property of Defendant has been served by first class mail upon Richard Dupre, president of Defendant, at 514 Main Street and 152 Lorum Street, Tewksbury, MA 01852 this 14th day of July, 2005.

*Elizabeth A. Sloane*
Elizabeth A. Sloane, Esquire

ESloane/8603/NEVC/motattach-persprop.doc