UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; MICHAEL SULLIVAN, as he is TRUSTEE, SHEET METAL WORKERS' NATIONAL PENSION FUND and NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., Defendant, <br><br> and <br><br> BANKNORTH N.A., Trustee. | C.A. No. 05-11330 WGY |

**FINDING AND ORDER OF APPROVAL OF ATTACHMENT**

This cause came on to be heard after notice and opportunity to be heard and upon a motion for approval of attachment, and upon consideration thereof this Court hereby finds that

2

there is a reasonable likelihood that the Plaintiffs will recover judgment, including estimated interest, statutory liquidated damages, attorneys' fees, and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance shown by the Defendant to be available to satisfy the judgment.

WHEREUPON this Court hereby approves attachment in the amount of $383,000.00.

_July 19, 2005_
Date

_William G. Young_
Honorable William G. Young
United States District Judge