UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; MICHAEL SULLIVAN, as he is TRUSTEE, SHEET METAL WORKERS' NATIONAL PENSION FUND and NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>　　　　Defendant,<br><br>　　　　and<br><br>BANKNORTH N.A.,<br>　　　　Trustee. | C.A. No. 05-11330 WGY |

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

2

GREETINGS:

In an action filed in this Court on June 24, 2005 in which the Plaintiffs are Robert W. Keogh, as he is Administrator, et al., whose attorneys are Donald J. Siegel and Elizabeth A. Sloane of Segal, Roitman, and Coleman of 11 Beacon Street, Suite #500, Boston, Massachusetts, we command you to attach the personal property of the Defendant New England Ventilation Co., Inc. in accordance with the following directions and/or limitations (if any): to the value of $383,000.00 and make due return of this writ with your doings thereon into said Court.

This attachment was approved on July 19, 2005 by the Honorable William G. Young in the amount of $383,000.00.

Dated at Boston, Massachusetts this 19th day of July, 2005.

_____
Honorable William G. Young
United States District Judge