UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND; JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND; JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; MICHAEL SULLIVAN, as he is TRUSTEE, SHEET METAL WORKERS' NATIONAL PENSION FUND and NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br> Defendant, <br><br> and <br><br> BANKNORTH N.A., <br><br> Trustee. | C.A. No. 05-11330 WGY |

## FINDING AND ORDER OF ATTACHMENT BY TRUSTEE PROCESS

Upon consideration of plaintiff Funds' Motion for an Order of Attachment by Trustee Process, the Memorandum and Affidavit in support thereof, this Court hereby

finds that plaintiffs are likely to recover judgment, including interest, liquidated damages, fees and costs, in an amount equal to or greater than the amount of the trustee process approved herein, and that there is no liability insurance known or reasonably believed to be available.

It is, therefore, ordered that the assets of New England Ventilation Co., Inc. held by Sovereign Bank, Trustee, be attached in the amount of $383,000.00 subject to all applicable exemptions and limitations provided by law.

Dated: *July 26, 2005*

*William G. Young*
Honorable
United States District Judge