UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are FIDUCIARIES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE, and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <br>        Plaintiffs, <br><br>        v. <br><br>NEW ENGLAND VENTILATION CO., INC., <br>        Defendant, <br><br>        and <br><br>J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, | C.A. No.  05-11330 WGY |

```
INC.; POIRIER & SPRINGER, INC.; BROOKSTONE      )
BUILDERS, INC.; RAYTHEON COMPANY;               )
RAYTHEON EDUCATIONAL SYSTEMS, INC.;             )
INTEL MASSACHUSETTS, INC.; THOMAS G.            )
GALLAGHER, INC.; JOHNSON CONTROLS, INC.;        )
WYETH PHARMACEUTICALS, INC. AND/OR              )
WYETH LABORATORIES, INC.; YORK OPERATING        )
COMPANY d/b/a YORK INTERNATIONAL                )
CORPORATION,                                    )
                Reach and Apply Defendants,     )
                                                )
                and                             )
                                                )
BANKNORTH N.A. and SOVEREIGN BANK,              )
                                                )
                Trustees.                       )
_____)
```

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (WITH NOTICE)

Upon the Complaint and Exhibits attached thereto, the Affidavit and Memorandum in support of their Motion for Temporary Restraining Order, the Plaintiff Trustees, pursuant to §502(a)(3) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1132(a)(3), and Rule 65(b), Federal Rules of Civil Procedure, seek a Temporary Restraining Order enjoining the Reach-and-Apply Defendants and their agents, servants, employees, attorneys, and those persons in active participation or concert with them and those persons acting at their command, and each and every one of them, from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to New England Ventilation Company, Inc. ("NEVC") on account of sums that are due or will hereafter become due NEVC from the Reach and Apply Defendants until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action.

As grounds therefore, Plaintiffs state as follows:

2

1) Based on the foregoing Amended Complaint, Exhibits and Affidavit, Plaintiffs have exhibited a likelihood of success on the merits;

2) The Reach-and-Apply Defendants' secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to NEVC on account of sums that are due or will hereafter become due NEVC will result in irreparable injury, loss and damage to the Plaintiffs;

3) The issuance of a temporary restraining order herein will not cause undue inconvenience or loss to the Reach-and-Apply Defendants but will prevent irreparable injury to the Plaintiffs, and would further the public interest; and

4) There is no adequate remedy at law.

WHEREFORE, Plaintiffs move this Court to grant a temporary restraining order enjoining all of the Reach-and-Apply Defendants and their agents, servants, employees, attorneys, and those persons in active participation or concert with them and those persons acting at their command, and each and every one of them, from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to NEVC on account of sums that are due or will hereafter become due NEVC from the Reach and Apply Defendants until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action.

Plaintiffs further request that they be excused from posting a bond.

    Respectfully submitted,

    ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN DESMOND, as they are Trustees, SHEET METAL WORKERS LOCAL NO. 17 INSURANCE AND ANNUITY FUNDS, et al.,

    by their attorneys,

      /s/ Elizabeth A. Sloane_____  
Donald J. Siegel, Esq., BBO#461500  
Elizabeth A. Sloane, Esq., BBO#567866  
SEGAL, ROITMAN & COLEMAN  
11 Beacon Street, Suite 500  
Boston, MA  02108  
(617) 742-0208  


SHEET METAL WORKERS  
LOCAL UNION NO. 17,  

by its attorneys,  

     /s/ Paul F. Kelly_____  
Paul F. Kelly, Esq., BBO#267000  
SEGAL, ROITMAN & COLEMAN  
11 Beacon Street, Suite 500  
Boston, MA  02108  
(617) 742-0208  

Dated:  July 29, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     The undersigned counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Temporary Restraining Order in this matter she spoke with attorney Rebecca Ransom of Raytheon Company; attorney Carolyn Francisco, of Corwin and Corwin, counsel for N.B. Kenney, and partner of attorney Jon Mazuy, counsel for Thomas G. Gallagher, who was on vacation and could not be reached; attorney David Wheeler, counsel for J.C. Higgins and its parent company, Emcor of Norwalk, CT; representative Steve O'Connor of G. Greene Construction; Jay Williams of Fred Williams Co.;  John Sullivan of Johnson Controls, Inc.; Mike Mahoney of Corporate Mechanical; Paul Mester of Commonwealth Air Conditioning & Heating and Dan Clifford of U.S. Air Conditioning-Heating; and notified them of her intent to file this Motion and attempted in good faith to resolve or narrow the issues.  Counsel also certifies that she called and left messages for Richard Dupre, president of New England Ventilation Company, Inc.; Robert Poirier, Jr. of Poirer & Springer; Vice President Paula Scales and President Robert Coll of Brookstone Builders; Mike Penney of York Operating Company; Steve McDonald of JE Merit Constructors, but did not receive any return phone call.  Finally, counsel certified that she attempted to locate counsel for Intel Massachusetts and Wyeth Pharmaceuticals or Wyeth Laboratories but was unable to locate such counsel through phone calls to the Companies' main numbers in Massachusetts, as the switchboards require specific contact names to connect callers, and would not give further information.

      /s/ Elizabeth A. Sloane_____  
Elizabeth A. Sloane, Esquire

**CERTIFICATE OF SERVICE**

       This is to certify that a copy of the above Motion for Temporary Restraining Order (With Notice) has been served by requesting this day, July 29, 2005, the Deputy Sheriff for the appropriate county to deliver a copy of the same with the Amended Complaint and supporting pleadings upon the Defendant and Reach and Apply Defendants as follows:

Wyeth Laboratories
c/o Prentice Hall Corporation
84 State Street
Boston, MA  02109

Thomas G. Gallagher, Inc.
54 Washburn Avenue
Cambridge, MA  02140

Johnson Controls, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

Intel Massachusetts, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

Raytheon Educational Systems Company
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

JE Merit Constructors, Inc.
CT Corporation Systems
101 Federal Street
Boston, MA  02110

York Operating Company d/b/a
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

Corporate Mechanical, Inc.
200 Jefferson Road
Wilmington, MA  01887

US Air Conditioning-Heating, Inc.
Attn: Suzaane Clifford
24 Perry Road
Quincy, MA  02170

Fred Williams, Inc.

20 Scanlon Drive
Randolph, MA  02368

G. Greene Construction, Co., Inc.
Attn: Robert Greene
240 Lincoln Street
Allston, MA  02134

Commonwealth Air Conditioning & Heating, Inc.
c/o Corporation Service Company
84 State Street
Boston, MA  02109

J.C. Higgins Corp.
c/o Prentice Hall Corporation
84 State Street
Boston, MA  02109

Brookstone Builders, Inc.
74 Cambridge Road
Bedford, NH  03102

Poirier & Springer, Inc.
17E Sterling Street
No. Billerica, MA  01862

N.B. Kenney, Inc.
316 Codman Hill Road
Boxborough, MA  01719

     Additionally, this is to certify that a copy of the same documents was served on counsel for Reach-and Apply Defendant Raytheon Company, who agreed to accept service on behalf of Raytheon, Attorney Rebecca Ransom, Raytheon Company, 870 Winter Street, Waltham, MA  02451, this 29th day of July, 2005 by certified mail, postage prepaid.

                                      _____/s/ Elizabeth A. Sloane_____
                                      Elizabeth A. Sloane

ESloane/8603/NEVC/TROMotion.doc