## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT W. KEOGH, as he is ADMINISTRATOR, and )
FESTUS JOYCE AND JOHN S. DESMOND, as they are )
TRUSTEES, SHEET METAL WORKERS LOCAL )
UNION NO. 17 INSURANCE AND ANNUITY FUNDS; )
KEVIN GILL, as he is TRUSTEE, and STEPHEN )
MCKENZIE, as he is ADMINISTRATOR, SHEET )
METAL WORKERS LOCAL UNION NO. 17 )
APPRENTICE AND TRAINING FUND; THOMAS )
GUNNING, JR., as he is ADMINISTRATOR, EASTERN )
MASSACHUSETTS SHEET METAL INDUSTRY FUND,)
JOSEPH BERGANTINO, as he is TRUSTEE, LABOR )
MANAGEMENT COOPERATION TRUST FUND, )
JOHN HEALY, as he is TRUSTEE, SHEET )     C.A. No. 05-11330 WGY
METAL WORKERS LOCAL UNION NO. 17 )
SUPPLEMENTAL PENSION PLAN; BRUCE )
STOCKWELL AND KENNETH ALEXANDER, as they )
are TRUSTEES, SHEET METAL WORKERS' )
NATIONAL PENSION FUND, and as they are )
FIDUCIARIES, NATIONAL STABILIZATION )
AGREEMENT OF THE SHEET METAL INDUSTRY )
TRUST FUND, INTERNATIONAL TRAINING )
INSTITUTE FOR THE SHEET METAL AND AIR )
CONDITIONING INDUSTRY, SHEET METAL )
WORKERS' INTERNATIONAL ASSOCIATION )
SCHOLARSHIP FUND, NATIONAL ENERGY )
MANAGEMENT INSTITUTE COMMITTEE, and SHEET)
METAL OCCUPATIONAL HEALTH INSTITUTE )
TRUST FUND; and the SHEET METAL WORKERS )
LOCAL UNION NO. 17, )
               Plaintiffs, )
 )
          v. )
 )
NEW ENGLAND VENTILATION CO., INC., )
            Defendant, )
 )
          and )
 )
J.C. HIGGINS CORP.; CORPORATE MECHANICAL, )
INC.; FRED WILLIAMS, INC.; G. GREENE )
CONSTRUCTION CO., INC.; COMMONWEALTH )
AIR CONDITIONING & HEATING, INC.; US AIR )

CONDITIONING-HEATING, INC.; JE MERIT            )
CONSTRUCTORS, INC.; N.B. KENNEY COMPANY,        )
INC.; POIRIER & SPRINGER, INC.; BROOKSTONE      )
BUILDERS, INC.; RAYTHEON COMPANY;               )
RAYTHEON EDUCATIONAL SYSTEMS, INC.;             )
INTEL MASSACHUSETTS, INC.; THOMAS G.            )
GALLAGHER, INC.; JOHNSON CONTROLS, INC.;        )
WYETH PHARACEUTICALS, INC. AND/OR               )
WYETH LABORATORIES, INC.; and YORK              )
OPERATING COMPANY d/b/a YORK                    )
INTERNATIONAL CORPORATION,                      )
                Reach and Apply Defendants,            )
                                   )
        and                                     )
                                   )
BANKNORTH N.A. and SOVEREIGN BANK,              )
                                   )
        Trustees.                               )
                                   )

## AFFIDAVIT OF ROBERT W. KEOGH

1.      My name is Robert W. Keogh.  I am the Administrator of the Sheet Metal Workers' Local Union No. 17 Insurance and Annuity Funds.

2.      Contributions from employers to the Sheet Metal Workers' Local Union No. 17 Insurance, Annuity and Supplemental Pension Funds, Apprentice and Training Trust Fund, Eastern Massachusetts Sheet Metal Industry Fund, Labor Management Cooperation Trust, Sheet Metal Workers' National Pension Fund, and National Stabilization Agreement of the Sheet Metal Industry Trust Fund ("SASMI"), as well as other funds known as ITI, NEMI, SMOHI and SMWIASF, all collectively referred to herein as the "Funds", are transmitted through the Insurance and Annuity Funds' office.

3.    The Funds have not received all contributions due from New England Ventilation Co., Inc. ("NEVC") on behalf of employees covered by the collective bargaining agreement ("Agreement") between the Sheet Metal Workers Local Union No. 17 ("Local 17") and SMACNA, to which NEVC is bound, for the period March 1 through June 30, 2005.

4.    As of early June, 2005, I had received remittance reports from NEVC for the months of April through May 2005.   Contributing employers to the Funds calculate the contributions owed to the Funds based on all hours worked by covered employees and/or all hours for which such employees are due wages.

5.    During the first few weeks of June, 2005, I contacted Richard Dupre, president of NEVC, several times by phone and demanded that he pay the contributions due to the Funds.

6.    On or about June 10, 2005 I learned that NEVC had stopped employing sheet metal workers.  I contacted Mr. Dupre, and again demanded payment of the amount due, as well as job information, but he informed me that he was no longer able to provide me any information.

7.    Based on the remittance reports submitted by NEVC for March through May 2005, I estimated that NEVC owed approximately $383,000 in contributions to the Funds for the period March 1 through June 15, 2005.

8.    In early July 2005, the Funds' auditor, Manzi & Associates, audited NEVC'S records.  Additionally, NEVC subsequently sent to my office a remittance report for the month of June, 2005. Based on the information from the audit and the June remittance report, I now estimate the amount of contributions owed by NEVC to the Funds for the period March 1 through June 30, 2005 to be $435,737.70.

3

9.    The Funds' records indicate that Sheet Metal Workers Local 17 members worked for NEVC for several different companies, including, on information and belief, those named as Reach and Apply Defendants in this case, in towns including Boston, Cambridge, Andover, and Gloucester, Massachusetts, between March 1 and June 30, 2005.

10.    To date, NEVC has failed to pay the $435,737.70 in unpaid contributions owed for the period March 1 through June 30, 2005.

11.    The information contained in this affidavit is based on knowledge, information and belief.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF JULY, 2005.

_____
Robert W. Keogh

4

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit of Robert W. Keogh has been served by requesting this day, July 29, 2005, the Deputy Sheriff for the appropriate county to deliver a copy of the same with the Amended Complaint and supporting pleadings upon the Defendant and Reach and Apply Defendants as follows:

Wyeth Laboratories
c/o Prentice Hall Corporation
84 State Street
Boston, MA  02109

Thomas G. Gallagher, Inc.
54 Washburn Avenue
Cambridge, MA  02140

Johnson Controls, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

Intel Massachusetts, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

Raytheon Educational Systems Company
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

Attorney Rebecca Ransom
Raytheon Company
870 Winter Street
Waltham, MA  02451

JE Merit Constructors, Inc.
CT Corporation Systems
101 Federal Street
Boston, MA  02110

York Operating Company d/b/a
c/o CT Corporation Systems
101 Federal Street
Boston, MA  02110

Corporate Mechanical, Inc.
200 Jefferson Road
Wilmington, MA  01887

US Air Conditioning-Heating, Inc.

Attn: Suzaane Clifford
24 Perry Road
Quincy, MA 02170

Fred Williams, Inc.
20 Scanlon Drive
Randolph, MA 02368

G. Greene Construction, Co., Inc.
Attn: Robert Greene
240 Lincoln Street
Allston, MA 02134

Commonwealth Air Conditioning & Heating, Inc.
c/o Corporation Service Company
84 State Street
Boston, MA 02109

J.C. Higgins Corp.
c/o Prentice Hall Corporation
84 State Street
Boston, MA 02109

Brookstone Builders, Inc.
74 Cambridge Road
Bedford, NH 03102

Poirier & Springer, Inc.
17E Sterling Street
No. Billerica, MA 01862

N.B. Kenney, Inc.
316 Codman Hill Road
Boxborough, MA 01719

Additionally, this is to certify that a copy of the same document was served on counsel for Reach-and Apply Defendant Raytheon Company, who agreed to accept service on behalf of Raytheon, Attorney Rebecca Ransom, Raytheon Company, 870 Winter Street, Waltham, MA 02451, this 29th day of July, 2005 by certified mail, postage prepaid.

Elizabeth A. Sloane