UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <br>  Plaintiffs, <br><br>  v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br>  Defendant, <br><br>  and <br><br> J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR | C.A. No.  05-11330 WGY |

| | |
|---|---|
| CONDITIONING-HEATING, INC.; JE MERIT | ) |
| CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, | ) |
| INC.; POIRIER & SPRINGER, INC.; BROOKSTONE | ) |
| BUILDERS, INC.; RAYTHEON COMPANY; | ) |
| RAYTHEON EDUCATIONAL SYSTEMS, INC.; | ) |
| INTEL MASSACHUSETTS, INC.; THOMAS G. | ) |
| GALLAGHER, INC.; JOHNSON CONTROLS, INC.; | ) |
| WYETH PHARACEUTICALS, INC. AND/OR | ) |
| WYETH LABORATORIES, INC.; and YORK | ) |
| OPERATING COMPANY d/b/a | ) |
| YORK INTERNATIONAL CORPORATION, | ) |
| Reach and Apply Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| BANKNORTH N.A. and SOVEREIGN BANK, | ) |
| | ) |
| Trustees. | ) |

**ORDER FOR TEMPORARY RESTRAINING ORDER**

This matter, having come before me on the Plaintiffs' Motion for Temporary Restraining Order, and upon consideration of the motion, memorandum of law, and affidavit on file, I find that:

1)   Plaintiffs have exhibited a likelihood of success on the merits;

2)   The Reach-and-Apply Defendants' secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to New England Ventilation Company, Inc. on account of sums that are due or will hereafter become due New England Ventilation Company, Inc. will result in irreparable injury, loss and damage to the Plaintiffs;

3)   The issuance of a temporary restraining order herein will not cause undue inconvenience or loss to the Reach-and-Apply Defendants but will prevent irreparable injury to the Plaintiffs, and would further the public interest; and

4)   There is no adequate remedy at law.

2

WHEREFORE, it is hereby ORDERED that:

Plaintiffs shall be granted a temporary restraining order and all Reach-and-Apply Defendants and their agents, servants, employees, attorneys, and those persons in active participation or concert with them and those persons acting at their command, and each and every one of them, shall be enjoined from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of or making any payment to New England Ventilation Company, Inc. on account of sums that are due or will hereafter become due New England Ventilation Company, Inc. from Reach-and Apply Defendants until such time as this Court has had the opportunity to hear a Motion for Preliminary Injunction in this action.

SO ORDERED.

_____
The Honorable William G. Young
United States District Court

Dated:_____

GAG/gag&ts
ARS 3118 04-402/order-tro.doc