COMMONWEALTH OF MASSACHUSETTS

MASSACHUSETTS, SS

DISTRICT COURT
CASE NO. 05-11330 WGY

ROBERT KEOGH et al.  )
(Plaintiff)          )
                     )
                     )
v.                   )    TRUSTEE'S ANSWER
                     )
                     )
NEW ENGLAND VENTILATION CO., INC.  )
(Defendant)          )
                     )
                     )
TD BANKNORTH, N.A.   )
(Trustee Defendant)  )

Now comes TD Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Summons, the alleged Trustee had no goods, effects, or credits in the name of "NEW ENGLAD VENTILATION CO., INC." available for attachment.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 25th DAY OF JULY, 2005.

TD BANKNORTH, N.A.

BY: _____

James B. Everhart
Legal Assistant
Legal Department
TD Banknorth, N.A.

STATE OF MAINE                July 25, 2005
CUMBERLAND, SS.

Personally appeared the above-named James B. Everhart, who acknowledged that the foregoing Disclosure was true to the best of his knowledge and belief.

Before me, _____
Notary Public

JULIANNE H. NICKERSON
Notary Public, Maine
My Commission Expires June 16, 2011