# United States District Court

_____ DISTRICT OF _____

ROBERT W. KEOGH, as he is Administrator, and FESTUS
JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET
METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND
ANNUITY FUNDS, et al,
    Plaintiffs,

V.

NEW ENGLAND VENTILATION CO., INC.,
    Defendant
    and
BANKNORTH, N.A.,
    Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11330 WGY

TO: (Name and address of defendant)

NEW ENGLAND VENTILATION CO., INC.
514 Main Street  or 152 Lorum St.
Tewksbury, MA  01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 24 2005

CLERK

(BY) DEPUTY CLERK

DATE

AO 4

S[

NAME

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

July 15, 2005

I hereby certify and return that on 7/15/2005 at 9:35AM I served a true and attested copy of the SUMMONS AND COMPLAINT, EXHIBITS in this action in the following manner: To wit, by delivering in hand to ELAINE PARSONS, agent, person in charge at the time of service for NEW ENGLAND VENTILATION CO., INC., at, 152 LORUM Street, TEWKSBURY, MA 01876. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($13.44) Total Charges $50.94

*George A. Hooper*

_____
Deputy Sheriff

☐ Name of person with whom the summons and complaint were left.

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                          Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure