# Sovereign Bank

TRUSTEE'S ANSWER                                                    EFFECTS

## THE COMMONWEALTH OF MASSACHUSETTS

BOSTON:ss                         UNITED STATES DISTRICT COURT
                                  CASE NO. 05-11330 WGY

**Robert Keogh, as he is Administrator & Festus Joyce & John Desmond as there are Trustees Sheet Metal Workers Local Union No 17 Insurance & Annuity Funds, et al.**

v.

New England Ventilation Co Inc

### AMENDED ANSWER OF ALLEGED TRUSTEE

And now Sovereign Bank, Summoned as trustee of the principal defendant **New England Ventilation Co Inc** in the above-entitled action, and appears by Susan R Davison its Manager, and makes answer that it had in its hand subject to attachment the sum of **Nine Hundred Fifty Eight Dollars and Eighty Nine Cents ($958.89)** standing in the name of **New England Ventilation Co Inc,** 0f this the said Susan R Davison submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

Sovereign Bank

By: *(signature)*
Susan R Davison
Manager
Mail Stop MA1 MB3 02 10
P. O. Box 841005
Boston, MA  02284
Phone (617) 533-1789
Fax (617) 533-1931

August 11, 2005

www.sovereignbank.com