UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR, as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL AND INDUSTRY FUND; JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT CORPORATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they Are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; And SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <br>    Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br>    Defendant, <br><br> and <br><br> J.C HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH | **C.A. No. 05-11330WGY** |

1

| | |
|---|---|
| AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEDY COMPANY INC.; PORIER & SPRINGER, INC.; BROOKSTONE BUILDERS, INC.; RAYTHEON COMPANY; RAYTHEON EDUCATIONAL SYSTEMS, INC.; INTEL MASSACHUSETTS, INC.; THOMAS G. GALLAGHER, INC.; JOHNSON CONTROLS, INC.; WYETH PHARACEUTICALS, INC. AND/OR WYETH LABORATORIES, INC.; and YORK OPERATING COMPANY d/b/a YORK INTERNATIONAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Reach and Apply Defendants, | ) ) |
| and | ) ) |
| BANKNORTH, N.A. and SOVERIGN BANK, | ) ) |
| Trustees. | ) ) ) |

## REACH AND APPLY DEFENDANT POIRIER & SPRINGER, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER WITH NOTICE

Now comes the Reach and Apply Defendant Poirier & Springer Inc. and hereby opposes Plaintiffs' Motion for a Reach and Apply Temporary Restraining Order on the basis that Defendant NEVC no longer has any legal or equitable interest in any monies or any form of a debt relationship with this Reach and Apply Defendant. See the **"Final Waiver of Lien" attached hereto.** As such, Plaintiffs' Motion as to this Reach & Apply Defendant must be denied due to a lack of reasonable likelihood of success on the merits of establishing such a claim.

Dated: August 15, 2005

RESPECTFULLY SUBMITTED,
REACH AND APPLY DEFENDANT POIRIER & SPRINGER, INC.
By their attorneys,

2


_[signature]_
Peter J. Nicosia, Esquire
BBO #567627

Nicosia & Associates, P.C.
315 Middlesex Road, PO Box 721
Tyngsboro, MA 01879

Tel. 978-649-4300
Fax. 978-649-9306
Email: nicosia@nicosia-associates.com



# Poirier & Springer Inc.

*HVAC Mechanical Contractors*

17F Sterling Road, Billerica, MA 01862
(978) 663-7600 • Fax (978) 663-0467

## FINAL WAIVER OF LIEN

For valuable consideration, and upon receipt of $50,000.00, which constitutes final payment, the undersigned waives, releases and relinquishes all rights and claims including but not limited to Mechanic's Lien claims, claims under public works statutes, and claims against bonds, and all other claims of every kind and nature relating to the undersigned's work and/or service, which has been installed or delivered to the project known as USCG ISC Chiller located at 427 Commercial St. Boston, MA against the Owner, General Contractor, bonding company, lending institution or other party involved in or who has an interest in that project, up to and including the 7th day of July, 2005.

The undersigned further states that 100 percent of the work and/or material, supplies and equipment have been furnished as contemplated in the final agreement between the undersigned and the subcontractor.

Firm Name: **NEW ENGLAND VENTILATION CO., INC**

Signed By: _____

Title: **President**

Subscribed and sworn to me this 7th day of July, 2005

Notary Public in and for Middlesex County, Massachusetts

My commission expires: _____

Signature: _____

LISA A. LUISE
Notary Public
My Commission Expires
November 3, 2006