UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO.17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR, as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL AND INDUSTRY FUND; JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT CORPORATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLIMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they Are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; And SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <br>      Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br>      Defendant, <br><br> and <br><br> J.C HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH | **C.A. No. 05-11330WGY** |

AIR CONDITIONING & HEATING, INC.; US AIR            )
CONDITIONING-HEATING, INC.; JE MERIT                )
CONSTRUCTORS, INC.; N.B. KENNEDY COMPANY )
INC.; PORIER & SPRINGER, INC.; BROOKSTONE           )
BUILDERS, INC.; RAYTHEON COMPANY;                   )
RAYTHEON EDUCATIONAL SYSTEMS, INC.;                 )
INTEL MASSACHUSETTS, INC.; THOMAS G.                )
GALLAGHER, INC.; JOHNSON CONTROLS, INC.;            )
WYETH PHARACEUTICALS, INC. AND/OR WYETH             )
LABORATORIES, INC.; and YORK OPERATING              )
COMPANY d/b/a YORK INTERNATIONAL                    )
CORPORATION,                                        )
          Reach and Apply Defendants,     )
                                           )
          and                              )
                                           )
BANKNORTH, N.A. and SOVERIGN BANK,                  )
                                           )
          Trustees.                        )
_____)

## CERTIFICATE OF SERVICE

    I Peter J. Nicosia, Attorney for Reach and Apply Defendant Poirier & Springer Inc. do hereby certify that I have this day caused the attached Answer to Plaintiffs' Complaint and Opposition to Restraining Order to be delivered upon the following via regular mail this the 16th day of August, 2005, to wit:

Elizabeth A. Sloane, Esquire
Attorney for Plaintiffs
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

Wyeth Laboratories
c/o Prentice Hall Corporation
84 State Street,
Boston, MA 02019

Thomas G. Gallagher, Inc.
54 Washburn Avenue,
Cambridge, MA 02140

Johnson Controls, Inc.
c/o CT Corporation Systems

101 Federal Street,
Boston, MA 02110

Intel Massachusetts Inc.
c/o CT Corporation Systems
101 Federal Street,
Boston, MA 02110

Raytheon Educational Systems Company
c/o CT Corporation Systems
101 Federal Street,
Boston, MA 02110

JE Merit Constructors, Inc.
c/o CT Corporation Systems
101 Federal Street,
Boston, MA 02110

York Operating Company d/b/a
c/o CT Corporation Systems
101 Federal Street,
Boston, MA 02110

Corporate Mechanical, Inc.
200 Jefferson Road,
Wilmington, MA 01887

US Air Conditioning-Heating, Inc.
ATTN: Suzaane Clifford
24 Perry Road,
Quincy, MA 02170

Fred Williams, Inc.
20 Scanlon Drive,
Randolph, MA 02368

G. Greene Construction, Co. Inc.
ATTN: Robert Greene
240 Lincoln Street,
Allston, MA 02134

Commonwealth Air Conditioning & Heating, Inc.
c/o Corporation Service Company
84 State Street,
Boston, MA 02109

J.C. Higgins Corp.
c/o Prentice Hall Corporation
84 State Street,
Boston, MA 02109

Brookstone Builders, Inc.
74 Cambridge Road,
Bedford, NH 03102

N.B. Kenney, Inc.
316 Codman Hill Road,
Boxborough, MA 01719

    Signed under the pains and penalties of perjury this the 16th day of August, 2005.

                                                                 Peter J. Nicosia, Esq.