UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEW ENGLAND VENTILATION CO., INC., )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>J.C. HIGGINS CORP. et al., )<br>)<br>Reach and Apply Defendants,)<br>)<br>and )<br>)<br>BANKNORTH N.A. et al., )<br>)<br>Trustees. )<br>) | CIVIL ACTION<br>NO. 05-11330-WGY |

## ANSWER OF REACH AND APPLY DEFENDANT JOHNSON CONTROLS, INC.

Now comes Johnson Controls, Inc., by and through its counsel, and responds to the complaint as follows:

At the time of the service of the summons and complaint in this matter, Johnson Controls had no goods, effects, or credits belonging to the defendant, New England Ventilation Co., Inc., that may have been subject to attachment. Also, there are no sums presently owed to New England Ventilation, Inc. by Johnson Controls or that will hereafter become due.

Respectfully submitted,

JOHNSON CONTROLS, INC.

By its attorneys,

/s/ Christopher Novello
Barry A. Guryan, BBO# 214920
Christopher Novello, BBO# 630906
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: August 18, 2005

Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the plaintiff, Elizabeth A. Sloane, Esq., by mail on this 18th day of August, 2005.

/s/ Christopher Novello
Christopher Novello

2