UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT KEOGH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. NO. 05-011330 WGY |
| ) | |
| NEW ENGLAND VENTILATION ) | |
| CO, INC. ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| JE MERIT CONSTRUCTORS, INC. ) | |
| et al. ) | |
| ) | |
| Reach and Apply ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| BANKNORTH N.A. and SOVEREIGN ) | |
| BANK ) | |
| ) | |
| Trustees. ) | |

**NOTICE OF APPEARANCE OF DAVID J. GORMAN, ESQUIRE
FOR THE DEFENDANT, JE MERIT CONSTRUCTORS, INC.**

Now comes Attorney David J. Gorman and enters his appearance as counsel for the defendant, JE Merit Constructors, Inc. in the above-entitled actoin.

Respectfully submitted,
JE Merit Constructors, Inc.,
By its Attorney,

David J. Gorman, BBO #552174
David J. Gorman, P.C.
800 Turnpike Street, Suite 300
North Andover, MA 01845
(978) 686-5027

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served by first-class mail postage prepaid on all counsel of record on August 17, 2005.

David J. Gorman