UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT KEOGH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>NEW ENGLAND VENTILATION )<br>CO, INC. )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>JE MERIT CONSTRUCTORS, INC. )<br>et al. )<br>)<br>Reach and Apply )<br>Defendants, )<br>)<br>and )<br>)<br>BANKNORTH N.A. and SOVEREIGN )<br>BANK )<br>)<br>Trustees. )<br>) | C. A. NO. 05-011330 WGY |

### ANSWER AND JURY CLAIM OF THE DEFENDANT, JE MERIT CONSTRUCTORS, INC. TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## NATURE OF ACTION

1. The defendant, JE Merit Constructors, Inc. ("JE Merit"), is without sufficient information to admit or deny the allegations contained in paragraph 1 of the first amended complaint.

## JURISDICTION

2. The defendant, JE Merit, is without sufficient information to admit or deny the allegations contained in paragraph 2 of the first amended complaint.

## PARTIES

3. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 3 of the first amended complaint.

4. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 4 of the first amended complaint.

5. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 5 of the first amended complaint.

6. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 6 of the first amended complaint.

7. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 7 of the first amended complaint.

8. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 8 of the first amended complaint.

9. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 9 of the first amended complaint.

10. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 10 of the first amended complaint.

11. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 11 of the first amended complaint.

12. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 12 of the first amended complaint.

13. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 13 of the first amended complaint.

14. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 14 of the first amended complaint.

15. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 15 of the first amended complaint.

16. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 16 of the first amended complaint.

17. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 17 of the first amended complaint.

18. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 18 of the first amended complaint.

19. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 19 of the first amended complaint.

20. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 20 of the first amended complaint.

21. The defendant, JE Merit Constructors, Inc. ("JE Merit") admits that its is a Texas corporation with a principal place of business in Houston, Texas. However, JE Merit is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 21 of the first amended complaint.

22. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 22 of the first amended complaint.

23. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 23 of the first amended complaint.

24. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 24 of the first amended complaint.

25. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 25 of the first amended complaint.

26. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 26 of the first amended complaint.

27. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 27 of the first amended complaint.

28. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 28 of the first amended complaint.

29. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 29 of the first amended complaint.

30. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 30 of the first amended complaint.

31. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 31 of the first amended complaint.

32. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 32 of the first amended complaint.

33. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 33 of the first amended complaint.

## GENERAL ALLEGATIONS OF FACT

34. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 34 of the first amended complaint.

35. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 35 of the first amended complaint.

36. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 36 of the first amended complaint.

37. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 37 of the first amended complaint.

### COUNT I – VIOLATION OF ERISA – DELINQUENT CONTRIBUTIONS

38. The defendant, JE Merit Constructors, Inc. ("JE Merit") repeats its responses to the allegations contained in paragraphs 1 - 37 of the first amended complaint.

39. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 39 of the first amended complaint.

40. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 40 of the first amended complaint.

41. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 41 of the first amended complaint.

42. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 42 of the first amended complaint.

43. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 43 of the first amended complaint.

44. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 44 of the first amended complaint.

45. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 45 of the first amended complaint.

## COUNT II – VIOLATIONS OF LMRA – UNPAID CONTRIBUTIONS

46. The defendant, JE Merit Constructors, Inc. ("JE Merit") repeats its responses to the allegations contained in paragraphs 1 - 37 of the first amended complaint.

47. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 47 of the first amended complaint.

48. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 48 of the first amended complaint.

49. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 49 of the first amended complaint.

## COUNT III – REACH AND APPLY AGAINST ALL REACH AND APPLY DEFENDANTS

50. The defendant, JE Merit Constructors, Inc. ("JE Merit") repeats its responses to the allegations contained in paragraphs 1 – 37 of the first amended complaint.

51. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 51 of the first amended complaint.

52. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 52 of the first amended complaint.

53. The defendant, JE Merit Constructors, Inc. ("JE Merit") is without sufficient information to admit or deny the allegations contained in paragraph 53 of the first amended complaint.

## Affirmative Defenses

### First Affirmative Defense

The plaintiff's complaint fails to state a claim against the defendant upon which relief can be granted.

### Second Affirmative Defense

This action is barred because it was not filed within the time period allowed by the applicable statute of limitations.

### JURY CLAIM

The defendant respectfully requests a trial by jury.

Respectfully submitted,
JE Merit Constructors, Inc.,
By its Attorney,

_____
David J. Gorman, BBO #552174
David J. Gorman, P.C.
800 Turnpike Street, Suite 300
North Andover, MA 01845
(978) 686-5027

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served by first-class mail postage prepaid on all counsel of record on August 17, 2005.

_____
David J. Gorman