

August 18, 2005


Peter J. Nocosia, Esq.
Nicosia & Associates, PC
315 Middlesex Road,
PO Box 721,
Tyngsboro, MA  01879

Re:  Robert W. Keogh, as Administrator, et al., Pltfs. vs. New England Ventilation Co., Inc., Dft.
To: Raytheon Educational Systems Company, et al., as Reach and Apply Dfts.
Case No.  05-11330WGY

Dear Sir/Madam:

We are herewith returning the Answer to Plaintiff's Complaint with Affirmative Defenses, Opposition to Plaintiff's Motion for a Temporary Restraining Order and Certificate of Service. which we received regarding the above captioned matter.

Raytheon Educational Systems Company withdrew to do business in the State of MA on 10/31/1986. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.


Yvette Concepcion

Log # 510472035

LAW OFFICE OF

# NICOSIA & ASSOCIATES, P.C.

APPLEWOOD PLAZA

315 MIDDLESEX ROAD
P. O. BOX 721
TYNGSBORO, MASSACHUSETTS 01879
www.nicosia-associates.com

PETER J. NICOSIA (MA, NH & ME)

ROBERT T. BOUDREAU (MA, NH & ME)
LAWRENCE M. BEANE (MA)
THERESA M. SPEARING (MA)

TELEPHONE: (978) 649-4300
FACSIMILE: (978) 649-9306
TOLL FREE: (866) 215-9248
legal@nicosia-associates.com

August 16, 2005

Via Overnight Mail

Civil Filing Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way,
Boston, MA 02210

**RE: Keogh Administrator et al vs. NEVC et al**
    **Docket No. 05-11330WGY**

Dear Sir or Madam:

Enclosed for filing please find the following:

1. Reach and Apply Defendant Poirier & Springer, Inc.'s Answer to Plaintiffs' Complaint with Affirmative Defenses;
2. Reach and Apply Defendant Poirier & Springer, Inc.'s Opposition to Plaintiffs' Motion for a Temporary Restraining Order; and,
3. Certificate of Service.

Thank you, for your attention to this matter.

Sincerely,

Peter J. Nicosia, Esquire
cc: client & service list (with enclosures via regular mail)



LAW OFFICE OF
NICOSIA & ASSOCIATES, P.C.
P. O. BOX 721
TYNGSBORO, MASSACHUSETTS 01879

TO: York Operating Company d/b/a
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110