UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. KEOGH, as he is ADMINISTRATOR, |
Et als, |
      Plaintiffs |
|
v. |
|
NEW ENGLAND VENTILATION CO., INC., | 05-11330-WGY
      Defendants |
|
and |
|
J.C. HIGGINS CORP., et als, |
      Reach and Apply Defendants |
|
and |
|
BANKNORTH N.A. and SOVEREIGN BANK, |
      Trustees |

**CORPORATE DISCLOSURE STATEMENT OF
COMMONWEALTH AIR CONDITIONING & HEATING, INC.**

Pursuant to F.R.C.P. Rule 7.1, Commonwealth Air Conditioning & Heating, Inc. hereby submits the following corporate disclosure statement:

Commonwealth Air Conditioning & Heating, Inc. is a Massachusetts corporation. The parent company is EMCOR Group, Inc., a publicly held corporation which owns 100% of the stock of Commonwealth Air Conditioning & Heating, Inc.

                      Commonwealth Air Conditioning & Heating, Inc.
                      By Its Attorneys

                      Kieran B. Meagher/BBO# 340920
                      Kieran B. Meagher Associates LLC
                      92 Montvale Avenue
                      Stoneham, MA 02180
                      (781) 246-1101

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. KEOGH, as he is ADMINISTRATOR,
Et als,
    Plaintiffs

v.

NEW ENGLAND VENTILATION CO., INC.,
    Defendants

and

J.C. HIGGINS CORP., et als,
    Reach and Apply Defendants

and

BANKNORTH N.A. and SOVEREIGN BANK,
    Trustees

**CORPORATE DISCLOSURE STATEMENT OF
COMMONWEALTH AIR CONDITIONING & HEATING, INC.**

Pursuant to F.R.C.P. Rule 7.1, Commonwealth Air Conditioning & Heating, Inc. hereby submits the following corporate disclosure statement:

Commonwealth Air Conditioning & Heating, Inc. is a Massachusetts corporation. The parent company is EMCOR Group, Inc., a publicly held corporation which owns 100% of the stock of Commonwealth Air Conditioning & Heating, Inc.

Commonwealth Air Conditioning & Heating, Inc.
By Its Attorneys

*/s/ Kieran B. Meagher*
Kieran B. Meagher/BBO# 340920
Kieran B. Meagher Associates LLC
92 Montvale Avenue
Stoneham, MA 02180
(781) 246-1101