UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, Et als,<br><br>    Plaintiffs<br><br>v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>    Defendants<br><br>and<br><br>J.C. HIGGINS CORP., et als,<br>    Reach and Apply Defendants<br><br>and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br>    Trustees | 05-11330-WGY |

**CORPORATE DISCLOSURE STATEMENT OF
J.C. HIGGINS CORPORATION**

Pursuant to F.R.C.P. Rule 7.1, J.C. Higgins Corp. hereby submits the following corporate disclosure statement:

J.C. Higgins Corp. is a Delaware corporation. The parent company is EMCOR Group, Inc., a publicly held corporation which owns 100% of the stock of J.C. Higgins Corp.

    J.C. Higgins Corp.
    By Its Attorneys

    _____
    Kieran B. Meagher, BBO# 340920
    Kieran B. Meagher Associates LLC
    92 Montvale Avenue
    Stoneham, MA 02180
    (781) 246-1101

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. KEOGH, as he is ADMINISTRATOR, |
Et als, |
       Plaintiffs |
|
v. |
|
NEW ENGLAND VENTILATION CO., INC., |
       Defendants |
|
and |
|
J.C. HIGGINS CORP., et als, |
       Reach and Apply Defendants |
|
and |
|
BANKNORTH N.A. and SOVEREIGN BANK, |
       Trustees |

**CORPORATE DISCLOSURE STATEMENT OF
J.C. HIGGINS CORPORATION**

Pursuant to F.R.C.P. Rule 7.1, J.C. Higgins Corp. hereby submits the following corporate disclosure statement:

J.C. Higgins Corp. is a Delaware corporation. The parent company is EMCOR Group, Inc., a publicly held corporation which owns 100% of the stock of J.C. Higgins Corp.

                                      J.C. Higgins Corp.
                                      By Its Attorneys

                                      _____
                                      Kieran B. Meagher, BBO# 340920
                                      Kieran B. Meagher Associates LLC
                                      92 Montvale Avenue
                                      Stoneham, MA 02180
                                      (781) 246-1101