UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. KEOGH, as he is ADMINISTRATOR,
Et als,
       Plaintiffs

v.

NEW ENGLAND VENTILATION CO., INC.,
       Defendants

and

J.C. HIGGINS CORP., et als,
       Reach and Apply Defendants

and

BANKNORTH N.A. and SOVEREIGN BANK,
       Trustees

05-11330-WGY

### CERTIFICATE OF SERVICE

I hereby certify that on this 19TH day of August 2005 I served a copy of Answer of Reach and Apply Defendant J.C. Higgins Corp. to Plaintiffs' First Amended Complaint, Answer of Reach and Apply Defendant Commonwealth Air Conditioning & Heating, Inc. to Plaintiffs' First Amended Complaint, Corporate Disclosure Statement of J.C. Higgins Corp. and Corporate Disclosure Statement of Commonwealth Air Conditioning & Heating, Inc. by first-class mail, postage prepaid, upon the following parties of record:

Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

Peter J. Nicosia, Esq.
Nicosia & Associates, P.C.
315 Middlesex Road
P.O. Box 721
Tyngsboro, MA 01879

Wyeth Laboratories
c/o Prentice Hall Corporation
84 State Street
Boston, MA 02109

Thomas G. Gallagher, Inc.
54 Washburn Avenue
Cambridge, MA 02140

Johnson Controls, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

Intel Massachusetts Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

Raytheon Educational Systems Company
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

JE Merit Constructors, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

York Operating Company d/b/a
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

Corporate Mechanical Inc.
200 Jefferson Road
Wilmington, MA 01887

U.S. Air Conditioning-Heating, Inc.
Attn: Suzanne Clifford
24 Perry Road
Quincy, MA 02170

Fred Williams, Inc.
20 Scanlon Drive

Randolph, AM 02368

G. Greene Construction Co., Inc.
Attn: Mr. Robert Greene
240 Lincoln Street
Allston, MA 02134

Commonwealth Air Conditioning & Heating, Inc.
c/o Corporation Service
84 State Street
Boston, MA 02109

J.C. Higgins Corp.
70 Hawes Way
Stoughton, MA 02072
Attn: Mr. Ron Cherkalsy

Brookstone Builders, Inc.
74 Cambridge Road
Bedford, NH 03102

N.B. Kenney, Inc.
316 Codman Hill Road
Boxborough, MA 01719

Date: August 19, 2005

_____
Kieran B. Meagher