UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11330 WGY

ROBERT W. KEOGH, as he is )
ADMINISTRATOR, and FESTUS JOYCE )
AND JOHN S. DESMOND, as they are )
TRUSTEES, SHEET METAL WORKERS )
LOCAL UNION NO. 17 INSURANCE AND )
ANNUITY FUNDS; KEVIN GILL, as he is )
TRUSTEE, and STEPHEN MCKENZIE, as )
he is ADMINISTRATOR, SHEET )
METAL WORKERS LOCAL UNION NO. )
17APPRENTICE AND TRAINING FUND; )
THOMAS  GUNNING, JR., as he is )
ADMINISTRATOR, EASTERN )
MASSACHUSETTS SHEET METAL )      ANSWER OF N.B. KENNEY
INDUSTRY FUND, JOSEPH )              COMPANY, INC.
BERGANTINO, as he is TRUSTEE, LABOR )
MANAGEMENT COOPERATION TRUST )
FUND, JOHN HEALY, as he is TRUSTEE, )
SHEET METAL WORKERS LOCAL )
UNION NO. 17 SUPPLEMENTAL )
PENSION PLAN; BRUCE STOCKWELL )
AND KENNETH ALEXANDER, as they )
are TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION FUND, )
and as they are fiduciaries, NATIONAL )
STABILIZATION AGREEMENT OF THE )
SHEET METAL INDUSTRY  TRUST )
FUND, INTERNATIONAL TRAINING )
INSTITUTE FOR THE SHEET METAL )
AND AIR CONDITIONING INDUSTRY, )
SHEET METAL WORKERS' )
INTERNATIONAL ASSOCIATION )
SCHOLARSHIP FUND, NATIONAL )
ENERGY MANAGEMENT INSTITUTE )
COMMITTEE; and SHEET METAL )
OCCUPATIONAL HEALTH INSTITUTE )
TRUST FUND; and the SHEET METAL )
WORKERS LOCAL UNION NO. 17, )
        Plaintiffs, )
 )
v. )

NEW ENGLAND VENTILATION CO.,                )
INC.,                                        )
    Defendant,            )
                                             )
and                                          )
                                             )
J.C. HIGGINS CORP.; CORPORATE                )
MECHANICAL,INC.; FRED WILLIAMS,              )
INC.; G. GREENE CONSTRUCTION CO.,            )
INC.; COMMONWEALTHAIR                        )
CONDITIONING & HEATING, INC.; US             )
AIR CONDITIONING-HEATING, INC.; JE           )
MERIT CONSTRUCTORS, INC.; N.B.               )
KENNEY COMPANY, INC.; POIRIER &              )
SPRINGER, INC.; BROOKSTONE                   )
BUILDERS, INC.; RAYTHEON                     )
COMPANY; RAYTHEON EDUCATIONAL                )
SYSTEMS, INC.; INTEL                         )
MASSACHUSETTS, INC.; THOMAS G.               )
GALLAGHER, INC.; JOHNSON                     )
CONTROLS, INC.; WYETH                        )
PHARACEUTICALS, INC. AND/OR                  )
WYETH LABORATORIES, INC.; and                )
YORK OPERATING COMPANY d/b/a                 )
YORK INTERNATIONAL                           )
CORPORATION,                                 )
    Reach and Apply Defendants,  )
                                             )
and                                          )
                                             )
BANKNORTH N.A. and SOVEREIGN                 )
BANK,                                        )
    Trustees.             )
                                             )
                                             )
                                             )

     N.B. Kenney Company, Inc. (Kenney) answers the First Amended Complaint as follows.

## NATURE OF ACTION

1.    Calls for a legal conclusion and therefore no answer is required. Insofar as it states any facts, neither admits nor denies as it has no knowledge.

## JURISDICTION

2.    Calls for a legal conclusion and therefore no answer is required.

## PARTIES

3.    Neither admits nor denies as it has no knowledge.

4.    Neither admits nor denies as it has no knowledge.

5.    Neither admits nor denies as it has no knowledge.

6.    Neither admits nor denies as it has no knowledge.

7.    Neither admits nor denies as it has no knowledge.

8.    Neither admits nor denies as it has no knowledge.

9.    Neither admits nor denies as it has no knowledge.

10.    Neither admits nor denies as it has no knowledge.

11.    Neither admits nor denies as it has no knowledge.

12.    Neither admits nor denies as it has no knowledge.

13.    Neither admits nor denies as it has no knowledge.

14.    Neither admits nor denies as it has no knowledge.

15.    No answer is required as this paragraph involves claims against another defendant. To
the extent an answer is required, neither admits nor denies as it has no knowledge.

16.    No answer is required as this paragraph involves claims against another defendant. To
the extent an answer is required, neither admits nor denies as it has no knowledge.

17.    No answer is required as this paragraph involves claims against another defendant. To
the extent an answer is required, neither admits nor denies as it has no knowledge.

18.    No answer is required as this paragraph involves claims against another defendant. To
the extent an answer is required, neither admits nor denies as it has no knowledge.

19.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

20.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

21.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

22.     Admits Kenney is a Massachusetts corporation with a principal place of business at 316 Codman Hill Road in Boxboro. Admits NEVC worked for Kenney on at least one project in Massachusetts. Denies all remaining allegations.

23.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

24.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

25.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

26.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

27.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

28.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

29.     No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

30.    No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

31.    No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

32.    No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

33.    No answer is required as this paragraph involves claims against another defendant. To the extent an answer is required, neither admits nor denies as it has no knowledge.

## GENERAL ALLEGATIONS OF FACT

34.    Neither admits nor denies as it has no knowledge.

35.    Neither admits nor denies as it has no knowledge.

36.    Neither admits nor denies as it has no knowledge.

37.    Neither admits nor denies as it has no knowledge.

## COUNT I - VIOLATION OF ERISA
## DELINQUENT CONTRIBUTIONS

38.    Kenney repeats and realleges its answers to paragraphs 1 through 37.

39.    Neither admits nor denies as it has no knowledge.

40.    Neither admits nor denies as it has no knowledge.

41.    Neither admits nor denies as it has no knowledge.

42.    Neither admits nor denies as it has no knowledge.

43.    Neither admits nor denies as it has no knowledge.

44.    Neither admits nor denies as it has no knowledge.

45.    Neither admits nor denies as it has no knowledge.

## COUNT II - VIOLATIONS OF LMRA
## UNPAID CONTRIBUTIONS

46.    Kenney repeats and realleges its answers to paragraphs 1 through 37.

47.    Neither admits nor denies as it has no knowledge.

48.    Neither admits nor denies as it has no knowledge.

49.    Neither admits nor denies as it has no knowledge.

## COUNT III - REACH-AND-APPLY AGAINST
## ALL REACH AND APPLY DEFENDANTS

50.    Kenney repeats and realleges its answers to paragraphs 1 through 37.

51.    Admits NEVC worked on at least one project for N.B. Kenney. Neither admits nor

denies whether NEVC worked on projects for the other reach and apply defendants as it has no

knowledge. Denies that Kenney owes NEVC anything and denies all remaining allegations.

52.    Neither admits nor denies as it has no knowledge.

53.    Neither admits nor denies as it has no knowledge.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' reach and apply claim against Kenney fails to state a claim upon which relief

may be granted.

### SECOND AFFIRMATIVE DEFENSE

Kenney holds no monies, accounts or credits owed to NEVC due to NEVC's willful default

on its sub-subcontract and project abandonment. Where there is no property held, there can be no

reach and apply attachment.

WHEREFORE, N.B. Kenney Co., Inc. requests that this Court dismiss the complaint against

it with prejudice and without costs.

CAROLYN M. FRANCISCO
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420
B.B.O. # 567090
*LEAD ATTORNEY TO BE NOTICED*

Dated: August 22, 2005

CERTIFICATE OF SERVICE: ANSWER OF N.B. KENNEY COMPANY, INC. was mailed, postage prepaid, to Paul F. Kelly, Elizabeth A. Sloane, Donald J. Siegel, Segal, Roitman & Coleman, Suite 500, 11 Beacon Street, Boston, MA 02108 Peter J. Nicosia, Nicosia & Associates, P.C. 315 Middlesex Road, Tyngsboro, MA 01879 and Christopher Novello, Foley & Lardner LLP, 111 Huntington Ave. Boston, MA 02199 on August 22, 2005.

CAROLYN M. FRANCISCO