UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11330 WGY

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <u>Plaintiffs,</u><br><br>v. | N.B. KENNEY'S CORPORATE DISCLOSURE STATEMENT |

| | |
|---|---|
| NEW ENGLAND VENTILATION CO., INC., <br>    Defendant, <br><br> and <br><br> J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, INC.; POIRIER & SPRINGER, INC.; BROOKSTONE BUILDERS, INC.; RAYTHEON COMPANY; RAYTHEON EDUCATIONAL SYSTEMS, INC.; INTEL MASSACHUSETTS, INC.; THOMAS G. GALLAGHER, INC.; JOHNSON CONTROLS, INC.; WYETH PHARACEUTICALS, INC. AND/OR WYETH LABORATORIES, INC.; and YORK OPERATING COMPANY d/b/a YORK INTERNATIONAL CORPORATION, <br>    Reach and Apply Defendants, <br><br> and <br><br> BANKNORTH N.A. and SOVEREIGN BANK, <br>    Trustees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Pursuant to Local Rule 7.3, Reach and Apply Defendant N.B. Kenney Co., Inc. ("Kenney") hereby submits this corporate disclosure statement. Kenney is a company organized under the laws of the Commonwealth of Massachusetts. Kenney has no parent corporation and does not have any shareholders that are publically held companies that own 10% or more of any of its stock.

N.B. KENNEY CO., INC.

By its attorneys,

*Carolyn M. Francisco*
CAROLYN M. FRANCISCO
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420
B.B.O. # 567090

Dated: August 22, 2005

CERTIFICATE OF SERVICE: N.B. KENNEY'S CORPORATE DISCLOSURE STATEMENT was mailed, postage prepaid, to Paul F. Kelly, Elizabeth A. Sloane, Donald J. Siegel, Segal, Roitman & Coleman, Suite 500, 11 Beacon Street, Boston, MA 02108 Peter J. Nicosia, Nicosia & Associates, P.C. 315 Middlesex Road, Tyngsboro, MA 01879 and Christopher Novello, Foley & Lardner LLP, 111 Huntington Ave. Boston, MA 02199 on August 22, 2005.

*Carolyn M. Francisco*
CAROLYN M. FRANCISCO