UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEW ENGLAND VENTILATION CO., INC., )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>J.C. HIGGINS CORP. et al., )<br>)<br>Reach and Apply Defendants, )<br>)<br>and )<br>)<br>BANKNORTH N.A. et al., )<br>)<br>Trustees. )  | CIVIL ACTION<br>NO. 05-11330-WGY |

**CORPORATE DISCLOSURE STATEMENT OF JOHNSON CONTROLS, INC.**

In accordance with Fed. R. Civ. P. 7.1, the defendant, Johnson Controls, Inc. ("Johnson Controls"), submits the following corporate disclosure statement:

At the present time, Johnson Controls has no parent corporation and no publicly held company owns 10% or more of its stock. If necessary, Johnson Controls will supplement this statement in accordance with Rule 7.1(B).

Respectfully submitted,

JOHNSON CONTROLS, INC.

By its attorneys,


/s/ Christopher Novello
Barry A. Guryan, BBO# 214920
Christopher Novello, BBO# 630906
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: August 25, 2005