UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>　　　　　　　　Defendant,<br><br>　　　　　　and<br><br>J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, INC.; POIRIER & SPRINGER, INC.; BROOKSTONE BUILDERS, INC.; RAYTHEON COMPANY; RAYTHEON EDUCATIONAL SYSTEMS, INC.; INTEL MASSACHUSETTS, INC.; THOMAS G. GALLAGHER, INC.; JOHNSON CONTROLS, | CA No. 05-11330 WGY |

1

INC.; WYETH PHARMACEUTICALS, INC.
AND/OR WYETH LABORATORIES, INC.; and
YORK OPERATING COMPANY d/b/a
YORK INTERNATIONAL CORPORATION,
             Reach and Apply Defendants,

and

BANKNORTH N.A. and SOVEREIGN BANK,

             Trustees.

## STIPULATION

WHEREAS, Plaintiffs filed their First Amended Complaint in the District Court of Massachusetts on July 27, 2005;

WHEREAS, it would be in the best interest of both parties and judicial economy for Reach and Apply Defendant Intel Massachusetts, Inc. to have extra time to respond to the complaint;

WHEREAS, no previous extension of time to move against or otherwise respond to the complaint has been requested;

WHEREAS, the parties agree that by entering this Stipulation the Reach and Apply Defendant Intel Massachusetts does not waive any defenses based upon lack of personal jurisdiction or any other defenses Intel Massachusetts might have in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs, that the time for Reach and Apply Defendant Intel Massachusetts to respond to the complaint is extended thirty (30) days.

Dated: August 26, 2005

SEGAL, ROITMAN & COLEMAN

By: *Elizabeth A. Sloane/DJS*
Elizabeth A. Sloane, Esq.
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, Massachusetts 02108
(617) 742-0208

Attorneys for Plaintiffs
ROBERT W. KEOGH, et al.

CHOATE, HALL & STEWART LLP
SIMPSON, THACHER & BARTLETT LLP

By: *[signature]*
A. Hugh Scott, Esq. (BBO No. 449160)
HScott@choate.com
Richard M. Harper II (BBO No. 634782)
RHarper@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

-and-

OF COUNSEL
Timothy J. Cornell, Esq.
SIMPSON THACHER & BARTLETT LLP
TCornell@stblaw.com
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Reach and Apply Defendant
INTEL MASSACHUSETTS, INC.

3

## ORDER

IT IS HEREBY ORDERED THAT, good cause shown, the time for Reach and Apply Defendant Intel Massachusetts to answer or otherwise respond to the First Amended Complaint in this action is extended thirty (30) days.

Dated: _____

_____
Honorable William G. Young
United States District Court
District of Massachusetts