UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11330 WGY

ROBERT W. KEOUGH, as he is )
ADMINISTRATOR, and FESTUS JOYCE )
AND JOHN S. DESMOND, as they are )
TRUSTEES, SHEET METAL WORKERS )
LOCAL UNION NO. 17 INSURANCE )
AND ANNUITY FUNDS; KEVIN GILL, as )
he is TRUSTEE, and STEPHEN )
MCKENZIE, as he is ADMINISTRATOR, )
SHEET METAL WORKERS LOCAL )
UNION NO. 17 APPRENTICE AND )
TRAINING FUND; THOMAS GUNNING, )
JR., as he is ADMINISTRATOR, )
EASTERN MASSACHUSETTS SHEET )
METAL INDUSTRY FUND, JOSEPH )
BERGANTINO, as he is TRUSTEE, )
LABOR MANAGEMENT COOPERATION )
TRUST FUND, JOHN HEALY, as he is )
TRUSTEE, SHEET METAL WORKERS )
LOCAL UNION NO. 17 SUPPLEMENTAL )
PENSION PLAN; BRUCE STOCKWELL )      ANSWER OF REACH AND APPLY
AND KENNETH ALEXANDER, as they )     DEFENDANT, THOMAS G.
are TRUSTEES, SHEET METAL )           GALLAGHER, INC.
WORKERS' NATIONAL PENSION )
FUND, and as they are fiduciaries, )
NATIONAL STABILIZATION )
AGREEMENT OF THE SHEET METAL )
INDUSTRY TRUST FUND, )
INTERNATIONAL TRAINING )
INSTITUTE FOR THE SHEET METAL )
AND AIR CONDITIONING INDUSTRY, )
SHEET METAL WORKERS' )
INTERNATIONAL ASSOCIATION )
SCHOLARSHIP FUND, NATIONAL )
ENERGY MANAGEMENT INSTITUTE )
COMMITTEE; and SHEET METAL )
OCCUPATIONAL HEALTH INSTITUTE )
TRUST FUND; and the SHEET METAL )
WORKERS LOCAL UNION NO. 17 )
)
)

GALKEO(Gallagher's Answer)(8-17-05).ANS.wpd

|   |   |
|---|---|
|     <u>Plaintiffs</u> | ) |
| v. | ) |
|   | ) |
| NEW ENGLAND VENTILATION CO., INC. | ) |
|   | ) |
|     <u>Defendant</u> | ) |
|   | ) |
|     and | ) |
|   | ) |
| J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, INC.; POIRIER & SPRINGER, INC.; BROOKSTONE BUILDERS, INC.; RAYTHEON COMPANY; RAYTHEON EDUCATIONAL SYSTEMS, INC.; INTEL MASSACHUSETTS, INC.; THOMAS G. GALLAGHER, INC.; JOHNSON CONTROLS, INC.; WYETH PHARACEUTICALS, INC.; and YORK OPERATION COMPANY d/b/a YORK INTERNATIONAL CORPORATION | ) |
|   | ) |
|     <u>Reach and Apply Defendants</u> | ) |
|   | ) |
|     and | ) |
|   | ) |
| BANKNORTH N.A. and SOVEREIGN BANK | ) |
|   | ) |
|     <u>Trustees</u> | ) |

    Thomas G. Gallagher answers the First Amended Complaint as follows:

GALKEO(Gallagher's Answer)(8-17-05).ANS.wpd            2

## NATURE OF ACTION

1. States a legal conclusion to which no answer is required. Insofar as it states any facts, Gallagher has no knowledge but calls on the plaintiff to prove if material and relevant.

2. States a legal conclusion to which no answer is required. Insofar as it states any facts, Gallagher has no knowledge but calls on the plaintiff to prove if material and relevant.

## PARTIES

3. Has no knowledge but calls on the plaintiff to prove if material and relevant.

4. Has no knowledge but calls on the plaintiff to prove if material and relevant.

5. Has no knowledge but calls on the plaintiff to prove if material and relevant.

6. Has no knowledge but calls on the plaintiff to prove if material and relevant.

7. Has no knowledge but calls on the plaintiff to prove if material and relevant.

8. Has no knowledge but calls on the plaintiff to prove if material and relevant.

9. Has no knowledge but calls on the plaintiff to prove if material and relevant.

10. Has no knowledge but calls on the plaintiff to prove if material and relevant.

11. Has no knowledge but calls on the plaintiff to prove if material and relevant.

12. Has no knowledge but calls on the plaintiff to prove if material and relevant.

13. Has no knowledge but calls on the plaintiff to prove if material and relevant.

14. Has no knowledge but calls on the plaintiff to prove if material and relevant.

15. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

16. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

17. No answer is required as these paragraphs are allegations involving and are claimed

against other defendants.

    18. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    19. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    20. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    21. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    22. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    23. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    24. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    25. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    26. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    27. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

    28. No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

29.    No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

30.    Admits Gallagher is a Massachusetts corporation with a principal place of business at 54 Washburn Ave, Cambridge, Massachusetts. Admits Gallagher subcontracted with New England Ventilation Co., Inc. (NEVC) on two projects and denies the rest.

31.    No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

32.    No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

33.    No answer is required as these paragraphs are allegations involving and are claimed against other defendants.

34.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

35.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

36.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

37.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

### COUNT I - VIOLATION OF ERISA - DELINQUENT CONTRIBUTIONS

38.    Gallagher repeats and realleges its answers to paragraphs 1 - 37.

39.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

40.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

41.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

42.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

43.    Has no knowledge but calls on the plaintiff to prove if material and relevant.

43.  Has no knowledge but calls on the plaintiff to prove if material and relevant.

44.  Has no knowledge but calls on the plaintiff to prove if material and relevant.

45.  Has no knowledge but calls on the plaintiff to prove if material and relevant.

## COUNT II - VIOLATION OF LMRA - UNPAID CONTRIBUTIONS

46.  Gallagher repeats and realleges its answers to paragraphs 1 - 37.

47.  Has no knowledge but calls on the plaintiff to prove if material and relevant.

48.  Has no knowledge but calls on the plaintiff to prove if material and relevant.

49.  Has no knowledge but calls on the plaintiff to prove if material and relevant.

## COUNT III - REACH-AND-APPLY AGAINST ALL REACH AND APPLY DEFENDANTS

50.  Gallagher repeats and realleges its answers to paragraphs 1- 37.

51.  Gallagher admits that NEVC worked on a project in Massachusetts between March 1 and June 15, 2005, denies that it owes NEVC anything and denies the rest.

52.  Has no knowledge as to whether there is any known insurance available to satisfy any judgment the Funds may obtain against NEVC and calls on the plaintiff to prove the same if material and relevant.

53.  Has no knowledge and calls on the plaintiff to prove the same if material and relevant.

WHEREFORE, Thomas G. Gallagher, Inc. requests that this Court dismiss the complaint against it and for its costs.

JON C. MAZUY
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420
B.B.O. # 326200

Dated: August 25, 2005

**CERTIFICATE OF SERVICE**: ANSWER OF REACH AND APPLY DEFENDANT, THOMAS G. GALLAGHER, INC. was mailed, postage prepaid, to Paul F. Kelly, Elizabeth A. Sloane, Donald J. Siegel, Segal, Roitman & Coleman, Suite 500, 11 Beacon Street, Boston, MA 02108 Peter J. Nicosia, Nicosia & Associates, P.C. 315 Middlesex Road, Tyngsboro, MA 01879 and Christopher Novello, Foley & Lardner LLP, 111 Huntington Ave. Boston, MA 02199 on August 25, 2005.

_____
JON C. MAZUY