AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

━━━━━━ **DISTRICT OF** ━━━━━━

ROBERT W. KEOGH, as he is Administrator, and FESTUS
JOYCE AND JOHN S. DESMOND, as they are TRUSTEES,
SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE
AND ANNUITY FUNDS, et al,
    Plaintiffs,

**V.**

NEW ENGLAND VENTILATION CO., INC.,
    Defendant,
       and
J.C. HIGGINS CORP, et al,
    Reach and Apply Defendants
       and
BANKNORTH, N.A., AND SOVEREIGN BANK,
    Trustees

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    05   11330 WGY

**TO:** (Name and address of defendant)

US AIR CONDITIONING-HEATING, INC.
24 Perry Road
Quincy, MA  02170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

SARAH A. THORNTON

JUL 2 7 2005

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☐ **Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 4, 2005

I hereby certify and return that on 8/3/2005 at  1:08PM I served a true and attested copy of the summons and first
amended complaint, motion for temp. restraining order, memorandum in support and affidavit in this action in the
following manner: To wit, by delivering in hand to Daniel Clifford, manager, , person in charge at the time of service for
US Air Conditioning-Heating, Inc, at  67 Federal Avenue,  Quincy, MA 02169.Basic Service Fee ($30.00), Copies-
Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

TRAVE

Deputy Sheriff Ronald Goguen

_____
*Deputy Sheriff*

Executed on _____
                          *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure