# United States District Court

_____ DISTRICT OF _____

ROBERT W. KEOGH, as he is Administrator, and FESTUS
JOYCE AND JOHN S. DESMOND, as they are TRUSTEES,
SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE
AND ANNUITY FUNDS, et al,
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

NEW ENGLAND VENTILATION CO., INC.,
    Defendant,
    and
J.C. HIGGINS CORP, et al,
    Reach and Apply Defendants
    and
BANKNORTH, N.A., AND SOVEREIGN BANK,
    Trustees

CASE NUMBER: 05  11330 WGY

TO: (Name and address of defendant)

N.B. KENNEY, INC.
316 Codman Hill Road
Boxborough, MA  01719

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 2 7 2005

CLERK

DATE

(BY) DEPUTY CLERK

AO 4

S
NAM

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

**Middlesex, ss.**

August 4, 2005

I hereby certify and return that on 8/3/2005 at 4:25PM I served a true and attested copy of the SUMMONS AND COMPLAINT, MOTION FOR RESTRANING ORDER, MEMORANDUM, AFF in this action in the following manner: To wit, by delivering in hand to BOB NIMS, agent, person in charge at the time of service for N.B. KENNEY, INC., at, 316 CODMAN HILL Road, BOXBORO, MA 01719. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.10), Deputy Expense ($4.50), Travel ($1.00) Total Charges $40.60

_____
Deputy Sheriff

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____      _____
                        Date                                    Signature of Server

                                                      _____
                                                      Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure