# United States District Court

_____ DISTRICT OF _____

ROBERT W. KEOGH, as he is Administrator, and FESTUS
JOYCE AND JOHN S. DESMOND, as they are TRUSTEES,
SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE
AND ANNUITY FUNDS, et al,
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

NEW ENGLAND VENTILATION CO., INC.,
    Defendant,
    and
J.C. HIGGINS CORP, et al,
    Reach and Apply Defendants
    and
BANKNORTH, N.A., AND SOVEREIGN BANK,
    Trustees

CASE NUMBER: 05  11330 WGY

TO: (Name and address of defendant)

CORPORATE MECHANICAL INC.
200 Jefferson Road
Wilmington, MA  01887

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE: JUL 27 2005

# RETURN OF SERVICE

Service of the Summons and Complaint  |  DATE

NAME

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

August 5, 2005

I hereby certify and return that on 8/2/2005 at 3:50PM I served a true and attested copy of the SUMMONS, 1ST AMENDED COMPLAINT, MOTION/TEMPORARY RESTRAINING ORDER, MEMORANDUM IN SUPPORT, AFFIDAVIT in this action in the following manner: To wit, by delivering in hand to ERIN MAHONEY, agent, person in charge at the time of service for CORPORATE MECHANICAL INC., at, 200 JEFFERSON Road, WILMINGTON, MA 01887. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($9.60) Total Charges $48.90

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                       Signature of Server

                                             _____
                                             Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure