AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

ROBERT W. KEOGH, as he is Administrator, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS, et al,
Plaintiffs,

V.

NEW ENGLAND VENTILATION CO., INC.,
Defendant,
and
J.C. HIGGINS CORP, et al,
Reach and Apply Defendants
and
BANKNORTH, N.A., AND SOVEREIGN BANK,
Trustees

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11330 WGY

TO: (Name and address of defendant)

G. GREENE CONSTRUCTION, CO., INC.
240 Lincoln Street
Allston, MA 02134

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

JUL 27 2005
DATE

(BY) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 5, 2005

I hereby certify and return that on 8/3/2005 at 10:15AM I served a true and attested copy of the Summons and 1stAmended Complaint& Motion & Memo, And Affidavit in this action in the following manner: To wit, by delivering in hand to Regina Ferro,Secretary,agent at the time of service for G. Greene Construction, Co. Inc., at , 240 Lincoln Street, Allston, MA 02134. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.52

Deputy Sheriff Edward J. Tobin

*Deputy Sheriff*