# United States District Court

_____ DISTRICT OF _____

ROBERT W. KEOGH, as he is Administrator, and FESTUS
JOYCE AND JOHN S. DESMOND, as they are TRUSTEES,
SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE
AND ANNUITY FUNDS, et al,
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05  11330 WGY

NEW ENGLAND VENTILATION CO., INC.,
    Defendant,
    and
J.C. HIGGINS CORP, et al,
    Reach and Apply Defendants
    and
BANKNORTH, N.A., AND SOVEREIGN BANK,
    Trustees

TO: (Name and address of defendant)

FRED WILLIAMS, INC.
20 Scanlon Drive
Randolph, MA  02368

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 2 7 2005

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 2, 2005

I hereby certify and return that on 8/1/2005 at 12:38PM I served a true and attested copy of the summons and first amended complaint, motion for temp. restraining order, memorandum in support and affidavit in this action in the following manner: To wit, by delivering in hand to James Williams, President and Officer, person in charge at the time of service for Fred Williams, Inc., at 20 Scanlon Drive, Randolph, MA 02368. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($9.60) Total Charges $50.10

Deputy Sheriff William M Blake

*Deputy Sheriff*

Executed on _____   _____
Date                              Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure