AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ROBERT W. KEOGH, as he is Administrator, and FESTUS
JOYCE AND JOHN S. DESMOND, as they are TRUSTEES,
SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE
AND ANNUITY FUNDS, et al,
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

NEW ENGLAND VENTILATION CO., INC.,
    Defendant,
    and
J.C. HIGGINS CORP, et al,
    Reach and Apply Defendants
    and
BANKNORTH, N.A., AND SOVEREIGN BANK,
    Trustees

CASE NUMBER: 05  11330 WGY

TO: (Name and address of defendant)

INTEL MASSACHUSETTS, INC.
2200 Mission College Blvd.
Santa Clara, CA  95052

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_____
(BY) DEPUTY CLERK

DATE

JUL 27 2005

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

| DATE | |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date                Signature of Server

_____
Address of Server

---

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 2, 2005

I hereby certify and return that on 8/1/2005 at 12:00PM I served a true and attested copy of the Summons and 1stAmended Complaint& Motion & Memo, And Affidavit in this action in the following manner: To wit, by delivering in hand to Y.Concepcion,Process Clerk,agent at the time of service for Intel Massachusetts, inc., at , C/O CT Corporation Systems,  101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   John Cotter
                                                                    *Deputy Sheriff*