# United States District Court

_____ DISTRICT OF _____

ROBERT W. KEOGH, as he is Administrator, and FESTUS
JOYCE AND JOHN S. DESMOND, as they are TRUSTEES,
SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE
AND ANNUITY FUNDS, et al,
    Plaintiffs,

                V.

NEW ENGLAND VENTILATION CO., INC.,
    Defendant,
    and
J.C. HIGGINS CORP, et al,
    Reach and Apply Defendants
    and
BANKNORTH, N.A., AND SOVEREIGN BANK,
    Trustees

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
    05   11330 WGY

TO: (Name and address of defendant)

COMMONWEALTH AIR CONDITIONING & HEATING, INC.
200 Old Colony Ave.
South Boston, MA  02127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Siegel, Esq.
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                          JUL 2 7 2005

CLERK                                                      DATE

_(signature)_

(BY) DEPUTY CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.

August 3, 2005
I hereby certify and return that on 8/1/2005 at 3:55PM I served a true and attested copy of the Summons and 1stAmended Complaint& Motion & Memo, And Affidavit in this action in the following manner: To wit, by delivering in hand to B.Montanez,Process Clerk,agent    at the time of service for Commonwealth Air Conditioning & Heating,Inc, at ,   84 State Street,  Corporation Service Company Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter

                                                                Deputy Sheriff

05017936

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☐ Other (specify):
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

_____
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)