**KIERAN B. MEAGHER ASSOCIATES LLC**

92 MONTVALE AVENUE
STONEHAM, MASSACHUSETTS 02180
781 / 246-1101
FACSIMILE: 781 / 246-1102
E-MAIL: KMEAGHER@KMEAGHERLAW.COM

August 29, 2005

Civil Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   <u>Keough Administrator, et als v. New England Ventilation Co., Inc., et als</u>
       Case No. 05-11330-WGY

Dear Clerk:

I represent J.C. Higgins Corp. (Higgins) and Commonwealth Air Conditioning & Heating, Inc. (ComAir) in the above-captioned matter.  By letters dated August 19, 2005, I made service of Higgins' Answer and Crossclaim and Disclosure Statement and ComAir's Answer and Disclosure Statement upon, inter alia, Raytheon Educational Systems Company and York Operating Company, both named as Reach and Apply Defendants in this matter.  This is to notify the Court that I have received the answer and Crossclaim of Higgins, as well as the Answer of ComAir, as well as ComAir's Corporate Disclosure Statements, from CT Corporation, upon whom I made service, which notes in both instances that York Operating Company and Raytheon Educational Systems Company withdrew from doing business in the Commonwealth of Massachusetts on January 1, 2001 and that therefore CT Corporation no longer accepts service on behalf of these entities.  I have no other address for making service upon these two entities.  I would appreciate your docketing this notice.

Very truly yours,

Kieran B. Meagher

KBM/ljk

C:\Shared\KBM\Higgins\New England Ventilation-Keogh et al\U.S. District Court 8 29 05.doc