# ORDER

05-11330-WGY

IT IS HEREBY ORDERED THAT, good cause shown, the time for Reach and Apply Defendant Intel Massachusetts to answer or otherwise respond to the First Amended Complaint in this action is extended thirty (30) days.

Dated: Sept. 5, 2005

Honorable William G. Young
United States District Court
District of Massachusetts