UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Keogh, as he is Administrator, and Festus Joyce and John Desmond, as they are Trustees, Sheet Metal Workers Local Union No. 17 Insurance and Annuity Funds, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> New England Ventilation Co., Inc., <br><br> Defendant, <br><br> and <br><br> J.C. Higgins Corp. *et. al.*, <br><br> Reach and Apply Defendants, <br><br> and <br><br> BankNorth N.A. *et. al.*, <br><br> Trustees. | CIVIL ACTION <br> NO. 05-11330 WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Mary B. Murrane of Bingham McCutchen LLP as counsel for reach and apply defendant Wyeth Pharmaceuticals Inc. in the above-captioned civil action.

**Wyeth Pharmaceuticals Inc.,**

By its attorneys,

 /s/ Mary B. Murrane
Mary B. Murrane, BBO #644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: September 19, 2005

LITDOCS/615169.1