UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Keogh, as he is Administrator, and Festus Joyce and John Desmond, as they are Trustees, Sheet Metal Workers Local Union No. 17 Insurance and Annuity Funds, *et. al.*, <br><br>                      Plaintiffs, <br><br>        v. <br><br> New England Ventilation Co., Inc., <br><br>                      Defendant, <br>       and <br><br> J.C. Higgins Corp. *et. al.*, <br><br>                  Reach and Apply <br>                  Defendants, <br>       and <br><br> BankNorth N.A. *et. al.*, <br><br>                    Trustees. | CIVIL ACTION <br> NO. 05-11330 WGY |

**ANSWER OF REACH AND APPLY DEFENDANT
WYETH PHARMACEUTICALS INC. TO FIRST AMENDED COMPLAINT**

Reach and apply defendant Wyeth Pharmaceuticals Inc. ("Wyeth Pharmaceuticals") submits this answer in response to the First Amended Complaint.

1.      Wyeth Pharmaceuticals states that Paragraph 1 of the First Amended Complaint purports to provide a summary of the relief requested by plaintiffs, to which no response is required. To the extent a response is deemed required, Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the First Amended Complaint.

<u>JURISDICTION</u>

2.      Wyeth Pharmaceuticals states that Paragraph 2 of the First Amended Complaint states a legal conclusion to which no response is required.  To the extent a response is deemed required, Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the First Amended Complaint.

<u>PARTIES</u>

3.      Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the First Amended Complaint.

4.      Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the First Amended Complaint.

5.      Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the First Amended Complaint.

6.      Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the First Amended Complaint.

7.      Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the First Amended Complaint.

8.      Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the First Amended Complaint.

9.      Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the First Amended Complaint.

10.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the First Amended Complaint.

11.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the First Amended Complaint.

12.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief

LITDOCS/615096.1

as to the truth of the allegations contained in Paragraph 12 of the First Amended Complaint.

13.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the First Amended Complaint.

14.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the First Amended Complaint.

15.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the First Amended Complaint.

16.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the First Amended Complaint.

17.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the First Amended Complaint.

18.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the First Amended Complaint.

19.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the First Amended Complaint.

20.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the First Amended Complaint.

21.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the First Amended Complaint.

22.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the First Amended Complaint.

23.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the First Amended Complaint.

24.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the First Amended Complaint.

LITDOCS/615096.1

25.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the First Amended Complaint.

26.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the First Amended Complaint.

27.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the First Amended Complaint.

28.     Wyeth Pharmaceuticals denies that it is a Pennsylvania corporation.  Wyeth Pharmaceuticals admits the remaining allegations contained in the first sentence of Paragraph 28 of the First Amended Complaint.  Wyeth Pharmaceuticals admits that NEVC conducted work at Wyeth Pharmaceuticals facilities in Cambridge and Andover.  Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 28 of the First Amended Complaint.

29.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the First Amended Complaint.

30.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the First Amended Complaint.

31.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the First Amended Complaint.

32.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the First Amended Complaint.

33.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the First Amended Complaint.

## GENERAL ALLEGATIONS OF FACT

34.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the First Amended Complaint.

35.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the First Amended Complaint.

36.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the First Amended Complaint.

37.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the First Amended Complaint.

## COUNT I
## VIOLATION OF ERISA -- DELINQUENT CONTRIBUTIONS

38.     Wyeth Pharmaceuticals repeats and incorporates by reference its responses to Paragraphs 1-37 above.

39.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the First Amended Complaint.

40.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the First Amended Complaint.

41.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the First Amended Complaint.

42.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the First Amended Complaint.

43.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the First Amended Complaint.

44.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the First Amended Complaint.

45.     Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the First Amended Complaint.

LITDOCS/615096.1

## COUNT II
## VIOLATION OF LMRA -- UNPAID CONTRIBUTIONS

46.    Wyeth Pharmaceuticals repeats and incorporates by reference its responses to Paragraphs 1-45 above.

47.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the First Amended Complaint.

48.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the First Amended Complaint.

49.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the First Amended Complaint.

The "Wherefore" clause immediately following Paragraph 49, including subparagraphs (a) through (d), of the First Amended Complaint purports to state the relief sought by plaintiffs as to Count I and Count II, which Counts are not directed at Wyeth Pharmaceuticals and accordingly no response by Wyeth Pharmaceuticals is required.  To the extent a response is deemed required Wyeth Pharmaceuticals states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this section of the First Amended Complaint.

## COUNT I
## VIOLATION OF ERISA -- DELINQUENT CONTRIBUTIONS

50.    Wyeth Pharmaceuticals repeats and incorporates by reference its responses to Paragraphs 1-49 above

51.    Wyeth Pharmaceuticals admits that NEVC performed work at two Wyeth Pharmaceuticals' locations in Massachusetts.  Wyeth Pharmaceuticals denies that any money is due and owing from Wyeth Pharmaceuticals to NEVC regarding this work.    Wyeth

Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 51 of the First Amended Complaint.

52.    Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the First Amended Complaint.

53.    Wyeth Pharmaceuticals states that Paragraph 53 of the First Amended Complaint states a legal conclusion to which no response is required.  To the extent a response is deemed required, Wyeth Pharmaceuticals lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the First Amended Complaint.

The "Wherefore" clause immediately following Paragraph 53, including subparagraphs (a) through (c), of the First Amended Complaint purports to state the relief sought by plaintiffs as to Count III.  Wyeth Pharmaceuticals denies that plaintiffs are entitled to the relief requested as against Wyeth Pharmaceuticals as no monies are due and owing from Wyeth Pharmaceuticals to NEVC.  Wyeth Pharmaceuticals states that it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this section of the First Amended Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs fail to state a claim upon which relief can be granted as against reach and apply defendant Wyeth Pharmaceuticals.

### Second Affirmative Defense

Wyeth Pharmaceuticals owes no money to NEVC as alleged in the First Amended Complaint, and accordingly there can be no reach and apply attachment.

### Third Affirmative Defense

Plaintiffs' claims are barred against reach and apply defendant Wyeth Pharmaceuticals because plaintiffs have an adequate remedy at law.

WHEREFORE, Wyeth Pharmaceuticals respectfully requests that this Honorable Court:

(a)     Dismiss all claims in the First Amended Complaint against reach and apply defendant Wyeth Pharmaceuticals; and

(b)     Award reach and apply defendant Wyeth Pharmaceuticals its costs and expenses; and

(c)     Award Wyeth Pharmaceuticals such other relief as may be just and proper.

**Wyeth Pharmaceuticals Inc.,**

By its attorneys,

 /s/ Mary B. Murrane
Mary B. Murrane, BBO #644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: September 19, 2005

LITDOCS/615096.1