UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Keogh, as he is Administrator, and Festus Joyce and John Desmond, as they are Trustees, Sheet Metal Workers Local Union No. 17 Insurance and Annuity Funds, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> New England Ventilation Co., Inc., <br><br> Defendant, <br><br> and <br><br> J.C. Higgins Corp. *et. al.*, <br><br> Reach and Apply Defendants, <br><br> and <br><br> BankNorth N.A. *et. al.*, <br><br> Trustees. | CIVIL ACTION <br> NO. 05-11330 WGY |

**CORPORATE DISCLOSURE STATEMENT OF WYETH PHARMACEUTICALS INC.**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, reach and apply defendant Wyeth Pharmaceuticals Inc. states that it is a Delaware corporation, and is a wholly-owned subsidiary of its parent corporation Wyeth.

**Wyeth Pharmaceuticals Inc.,**

By its attorneys,

 /s/ Mary B. Murrane
Mary B. Murrane, BBO #644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: September 19, 2005

LITDOCS/615163.1