UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17,<br>        Plaintiffs,<br><br>v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>        Defendant,<br><br>and<br><br>J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, INC.; POIRIER & SPRINGER, INC.; BROOKSTONE BUILDERS, INC.; RAYTHEON COMPANY; | CA No. 05-11330 WGY |

RAYTHEON EDUCATIONAL SYSTEMS, INC.;
INTEL MASSACHUSETTS, INC.; THOMAS G.
GALLAGHER, INC.; JOHNSON CONTROLS,
INC.; WYETH PHARMACEUTICALS, INC.
AND/OR WYETH LABORATORIES, INC.; and
YORK OPERATING COMPANY d/b/a
YORK INTERNATIONAL CORPORATION,
        Reach and Apply Defendants,

and

BANKNORTH N.A. and SOVEREIGN BANK,

        Trustees.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Intel Massachusetts, Inc. ("Intel Massachusetts") by its attorneys hereby submits the following disclosure statement. Intel Massachusetts' corporate parent is Intel Corp., which owns 100% percent of Intel Massachusetts.

        CHOATE, HALL & STEWART LLP
        SIMPSON, THACHER & BARTLETT LLP


        By: /s/ A. Hugh Scott
        A. Hugh Scott, Esq. (BBO No. 449160)
        HScott@choate.com
        Richard M. Harper II (BBO No. 634782)
        RHarper@choate.com
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        (617) 248-5000

        -and-


        OF COUNSEL

2

George M. Newcombe, Esq.
Timothy J. Cornell, Esq.
SIMPSON THACHER & BARTLETT LLP
gnewcombe@stblaw.com
tcornell@stbalw.com
425 Lexington Avenue
New York, New York  10017
(212) 455-2000

       Attorneys for Reach and Apply Defendant
       INTEL MASSACHUSETTS, INC.