UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17,<br>         Plaintiffs,<br><br>v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>         Defendant,<br><br>and<br><br>J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, INC.; POIRIER & SPRINGER, INC.; BROOKSTONE BUILDERS, INC.; RAYTHEON COMPANY; | CA No. 05-11330 WGY |

RAYTHEON EDUCATIONAL SYSTEMS, INC.;
INTEL MASSACHUSETTS, INC.; THOMAS G.
GALLAGHER, INC.; JOHNSON CONTROLS,
INC.; WYETH PHARMACEUTICALS, INC.
AND/OR WYETH LABORATORIES, INC.; and
YORK OPERATING COMPANY d/b/a
YORK INTERNATIONAL CORPORATION,
        Reach and Apply Defendants,

and

BANKNORTH N.A. and SOVEREIGN BANK,

        Trustees.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2005 I served a copy of Intel Massachusetts, Inc.'s <u>Answer</u> and <u>Corporate Disclosure Statement</u> by first-class mail, postage prepaid, upon the following parties of record:

Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

Kieran B. Meagher, Esq.
City, Hayes, Meagher & Dissette, P.C.
50 Congress Street
Boston, MA 02109

Peter J. Nicosia, Esq.
Nicosia & Associates, P.C.
315 Middlesex Road
P.O. Box 721
Tyngsboro, MA 01879

Wyeth Laboratories
c/o Prentice Hall Corporation
84 State Street
Boston, MA 02109

Jon C. Mazuy, Esq.
Corwin & Corwin
One Washington Mall
Boston, MA 02108

Christopher Novello, Esq.
Foley & Lander, LLP
111 Huntington Avenue
Boston, MA 02199

Raytheon Educational Systems Company
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

David J. Gorman, Esq.
800 Turnpike Street
Suite 300
North Andover, MA 01845

York Operating Company d/b/a
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

Corporate Mechanical Inc.
200 Jefferson Road
Wilmington, MA 01887

U.S. Air Conditioning-Heating, Inc.
Attn: Suzanne Clifford
24 Perry Road
Quincy, MA 02170

Fred Williams, Inc.
20 Scanlon Drive
Randolph, MA 02368

G. Greene Construction Co., Inc.
Attn: Mr. Robert Greene
240 Lincoln Street
Allston, MA 02134

Commonwealth Air Conditioning & Heating, Inc.
c/o Corporation Service
84 State Street
Boston, MA 02109

Kieran B. Meagher
Kieran B. Meagher Associates, LLC
92 Montvale Avenue
Suite 4180
Stoneham, MA 02180

Brookstone Builders, Inc.
74 Cambridge Road
Bedford, NH 03102

Carolyn M. Francisco, Esq.
Corwin & Corwin
One Washington Mall
Boston, MA 02108

Date:  September 19, 2005

                                                                       /s/ A. Hugh Scott
                                                                       A. Hugh Scott