September 20, 2005

Richard M. Harper II
Choate, Hall & Stewart LLP Simpson, Thacher & Bartlett LLP
Two International Place,
Boston, MA 02110

Re: Robert W. Keogh, as Administrator, et al., Pltfs. vs. New England Ventilation Co., Inc., Dft. To: Raytheon Educational Systems Company, et al., as Reach and Apply Dfts.
Case No. 05-11330WGY

Dear Sir/Madam:

We are herewith returning the Answer, Corporate Disclosure Statement, Certificate of Service, which we received regarding the above captioned matter.

Raytheon Educational Systems Company withdrew to do business in the State of MA on 10/31/1986. When entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behal of this entity.

Very truly yours,

Yvette Concepcion

Log#: 510552853