September 20, 2005

Richard M. Harper II
Choate, Hall & Stewart LLP Simpson, Thacher & Bartlett LLP
Two International Place,
Boston, MA 02110

Re: Robert W. Keogh, as Administrator, et al., Pltfs. vs. New England Ventilation Co., Inc., Dft. To: York Operating Company, et al., as Reach and Apply Dfts.
Case No. 05-11330WGY

Dear Sir/Madam:

We are herewith returning the Answer, Corporate Disclosure Statement, Certificate of Service, which we received regarding the above captioned matter.

York Operating Company withdrew to do business in the State of MA on 02/18/1993. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of thi entity.

Very truly yours,


Yvette Concepcion
Receptionist Tele Oper Sr

Log# 510552440