# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>)<br>ROBERT W. KEOGH, as he is ADMINISTRATOR, and )<br>FESTUS JOYCE AND JOHN S. DESMOND, as they are )<br>TRUSTEES, SHEET METAL WORKERS LOCAL )<br>UNION NO. 17 INSURANCE AND ANNUITY FUNDS; )<br>et al., )<br>               Plaintiffs, )<br>)<br>           v. )<br>)<br>NEW ENGLAND VENTILATION CO., INC., )<br>             Defendant, )<br>)<br>           and )<br>)<br>J.C. HIGGINS CORP., et al. )<br>           Reach and Apply Defendants, )<br>)<br>           and )<br>)<br>BANKNORTH N.A. and SOVEREIGN BANK, )<br>)<br>           Trustees. )<br>_____) | C.A. No.  05-11330 WGY |

## STIPULATION OF DISMISSAL

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their attorneys, hereby stipulate and agree that Reach And Apply Defendant Johnson Controls, Inc. may be dismissed from this case with prejudice and without costs.

**JOHNSON CONTROLS, INC.**               **ROBERT W. KEOGH, as he is**
                                             **ADMINISTRATOR, et al.**

By its attorney,                           By their attorneys,

 /s/ Christopher Novello                        /s/ Elizabeth A. Sloane
Christopher Novello, Esq.                       Donald J. Siegel, Esq.
BBO#630906                                      BBO #461500
Foley & Lardner LLP                             Elizabeth A. Sloane, Esq.
111 Huntington Ave.                             BBO #567866
Boston, MA  02199                               Segal, Roitman & Coleman
617-342-4000                                    11 Beacon Street
                                                Boston, MA   02108
                                                617-742-0208

Dated: October 20, 2005

## CERTIFICATE OF SERVICE

        This is to certify that a copy of the above Stipulation of Dismissal has been served this 20th day of
October 2005 by first class mail, postage prepaid, on the defendant and reach and apply defendants, or
their counsel or representatives, as follows:

Richard Dupre
New England Ventilation Company
514 Main Street
Tewksbury, MA  01876

Jack Bresnahan
New England Ventilation Company
c/o 31 Alvord Street
So. Hadley, MA  01075

Carolyn Francisco, Esq.
(Counsel for NB Kenney)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Peter Nicosia, Esq.
(counsel for Poirier & Springer)
Applewood Plaza
315 Middlesex Road
PO Box 721
Tyngsboro, MA  01879

Rebecca Ransom, Esq.
Raytheon Corporation
870 Winter Street

Waltham, MA  02451

Kieran Meagher, Esq.
(Counsel for Commonwealth Air Conditioning and JC Higgins)
92 Montvale Avenue
Stoneham, MA    02180

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169

Richard M. Harper II, Esq.
(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Mary Murrane, Esq.
(counsel for Wyeth Pharmaceutical)
Bingham McCutchen LLP
150 Federal Street
Boston, MA  2110-1726

David Gorman, Esq.
(counsel for JE Merit Constructors, Inc.)
David J. Gorman, PC
800 Turnpike Street, Suite 300
North Andover, MA  01845

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

York International
320 Norwood Park South
Norwood, MA  02062

Brookstone Builders
Attn:    Paula Scales
74 Cambridge Rd.
Bedford, NH  03102

Fred Williams, Inc.
Attn:  Jay Williams
20 Scanlon Drive
Randolph, MA  02368