UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br>        Plaintiffs,<br><br>v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>        Defendant,<br><br>and<br><br>J.C. HIGGINS CORP., et al.<br>        Reach and Apply Defendants,<br><br>and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br>        Trustees. | C.A. No.  05-11330 WGY |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their attorneys, hereby stipulate and agree that Reach And Apply Defendant Poirier & Springer, Inc. may be dismissed from this case with prejudice and without costs.  This dismissal is without prejudice to the Plaintiffs' bond claims stemming from work performed by New England Ventilation Company for Poirier & Springer, Inc. in 2005.

**POIRIER & SPRINGER, INC.**                    **ROBERT W. KEOGH, as he is**
                                                                    **ADMINISTRATOR, et al.**


By its attorney,                                                  By their attorneys,

| | |
|---|---|
| /s/ Peter Nicosia | /s/ Elizabeth A. Sloane |
| Peter Nicosia, Esq. | Donald J. Siegel, Esq. |
| BBO#567627 | BBO #461500 |
| Applewood Plaza | Elizabeth A. Sloane, Esq. |
| 315 Middlesex Road | BBO #567866 |
| PO Box 721 | Segal, Roitman & Coleman |
| Tyngsboro, MA  01879 | 11 Beacon Street |
| 978-649-4300 | Boston, MA   02108 |
| | 617-742-0208 |

Dated: October 27, 2005

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Stipulation of Dismissal has been served this 27th day of October 2005 by first class mail, postage prepaid, on the defendant and reach and apply defendants, or their counsel or representatives, as follows:

Richard Dupre
New England Ventilation Company
c/o 56B West Main Street
West Groton, MA  01450

Jack Bresnahan
New England Ventilation Company
c/o 31 Alvord Street
So. Hadley, MA  01075

Carolyn Francisco, Esq.
(Counsel for NB Kenney)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Kieran Meagher, Esq.
(Counsel for Commonwealth Air Conditioning and JC Higgins)
92 Montvale Avenue
Stoneham, MA   02180

Richard M. Harper II, Esq.
(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Mary Murrane, Esq.
(counsel for Wyeth Pharmaceutical)
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110-1726

David Gorman, Esq.
(counsel for JE Merit Constructors, Inc.)
David J. Gorman, PC
800 Turnpike Street, Suite 300
North Andover, MA  01845

Rebecca Ransom, Esq.
Raytheon Corporation
870 Winter Street
Waltham, MA  02451

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

Brookstone Builders
Attn:   Paula Scales
74 Cambridge Rd.
Bedford, NH  03102

Fred Williams, Inc.
Attn:  Jay Williams
20 Scanlon Drive
Randolph, MA  02368

                                              /s/ Elizabeth A. Sloane_____
                                              Elizabeth A. Sloane