UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br>           Plaintiffs,<br><br>     v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>           Defendant,<br><br>     and<br><br>J.C. HIGGINS CORP. et al.,<br>           Reach and Apply Defendants,<br><br>     and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br>           Trustees. | C.A. No. 05-11330 WGY<br><br>*October 28, 2005,*<br>*approved.*<br>*William G. Young*<br>*Chief Judge* |

### AGREEMENT FOR JUDGMENT AGAINST COMMONWEALTH AIR CONDITIONING & HEATING

The Plaintiffs, Robert W. Keogh, as he is Administrator, et al. ("The Funds") and Reach and Apply Defendant Commonwealth Air Conditioning and Heating, Inc. ("Commonwealth Air"), hereby agree to the entry of Judgment against Commonwealth Air in the amount of $3,112.00.

Defendant New England Ventilation Company, Inc. ("NEVC") has stipulated that it owes no less than $3112.00 in unpaid contributions to the Funds for work performed for

Commonwealth Air at 55 Summer Street in Boston, Massachusetts. (See copy of Stipulation of Agreement attached).

NEVC agreed in the Stipulation of Agreement that it would agree to facilitate payment of no less than $3112.00 to the Funds for the unpaid contributions owed on work performed for Commonwealth Air at the 55 Summer Street job. Commonwealth Air has agreed to pay the $3112.00 amount owed to the Funds.

Wherefore, the Funds and Commonwealth Air agree to the entry of judgment against Commonwealth Air in the amount of $3,112.00. Further, the Funds and each of them acknowledge that the judgment against Commonwealth Air only has been satisfied in full by Commonwealth Air and that the claims of the Funds against Commonwealth Air stemming from the 55 Summer Street job are accordingly dismissed with prejudice and without costs, waiving all rights of appeal. This agreement cannot be used as satisfaction of any claims or judgment against any other Reach and Apply Defendant.

| | |
|---|---|
| **COMMONWEALTH AIR CONDITIONING & HEATING, INC.** | KEOGH, as he is ADMINISTRATOR, AND FESTUS JOYCE AND JOHN S. DESMOND, ET AL., |
| By its attorney, | By their attorneys, |
| _/s/ Kieran B. Meagher_ | _/s/ Donald A. Sloane_ |
| Kieran B. Meagher, Esq. <br> BBO # ~~34920~~ 340920 <br> Kieran B. Meagher Associates LLC <br> 92 Montvale Avenue <br> Stoneham, MA 02180 <br> 781-246-1101 | Donald J. Siegel, Esq. <br> BBO #461500 <br> Elizabeth A. Sloane, Esq. <br> BBO #567866 <br> Segal, Roitman & Coleman <br> 11 Beacon Street <br> Boston, MA 02108 <br> 617-742-0208 |

Dated: October 24, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Agreement for Judgment has been served this 24th day of October 2005 by first class mail, postage prepaid, on the Defendant and Reach and Apply Defendants or counsel for those defendants as follows:

Richard Dupre
New England Ventilation Company
514 Main Street
Tewksbury, MA  01876

Jack Bresnahan
New England Ventilation Company
c/o 31 Alvord Street
So. Hadley, MA  01075

Carolyn Francisco, Esq.
(Counsel for NB Kenney)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Peter Nicosia, Esq.
(counsel for Poirier & Springer)
Applewood Plaza
315 Middlesex Road
PO Box 721
Tyngsboro, MA  01879

Rebecca Ransom, Esq.
Raytheon Corporation
870 Winter Street
Waltham, MA  02451

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169

(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

Mary Murrane, Esq.
(counsel for Wyeth Pharmaceutical)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 2110-1726

David Gorman, Esq.
(counsel for JE Merit Constructors, Inc.)
David J. Gorman, PC
800 Turnpike Street, Suite 300
North Andover, MA 01845

Corporate Mechanical
Attn: Mike Mahoney
200 Jefferson Rd.
Wilmington, MA 01887

Brookstone Builders
Attn: Paula Scales
74 Cambridge Rd.
Bedford, NH 03102

Fred Williams, Inc.
Attn: Jay Williams
20 Scanlon Drive
Randolph, MA 02368

Elizabeth A. Sloane

ESloane/8603/NEVC/AgreementJudgmentCommAir



# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17,<br>　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>　　　　　　　Defendant,<br><br>　　　　　　　and<br><br>J.C. HIGGINS CORP.; CORPORATE MECHANICAL, | C.A. No.  05-11330 WGY |

INC.; FRED WILLIAMS, INC.; G. GREENE )
CONSTRUCTION CO., INC.; COMMONWEALTH )
AIR CONDITIONING & HEATING, INC.; US AIR )
CONDITIONING-HEATING, INC.; JE MERIT )
CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, )
INC.; POIRIER & SPRINGER, INC.; BROOKSTONE )
BUILDERS, INC.; RAYTHEON COMPANY; )
RAYTHEON EDUCATIONAL SYSTEMS, INC.; )
INTEL MASSACHUSETTS, INC.; THOMAS G. )
GALLAGHER, INC.; JOHNSON CONTROLS, INC.; )
WYETH PHARACEUTICALS, INC. AND/OR )
WYETH LABORATORIES, INC.; and YORK )
OPERATING COMPANY d/b/a )
YORK INTERNATIONAL CORPORATION, )
          Reach and Apply Defendants, )
)
and )
)
BANKNORTH N.A. and SOVEREIGN BANK, )
)
          Trustees. )
_____ )

## STIPULATION OF AGREEMENT

Whereas the Plaintiff Funds moved for a temporary restraining order in this case, and have agreed to postpone a hearing on the motion given their agreement to stipulate to the following:

1. NEVC agrees to pay the unpaid benefit fund contributions it owes to the Plaintiff Funds on the jobs listed in paragraph two below.

2. The Funds and NEVC agree that no less than the following amounts are owed to the Funds on the following jobs:

    1. Therion Pharmaceutical – Fred Williams    $27,000.00
    2. Wyeth – Brookstone Builders    $ 3500.00
    3. 55 Summer Street – Commonwealth Air    $ 3112.00
    4. Newton-Wellesley Hospital    $ 4500.00

2

|   |   |   |
|---|---|---|
| 5. | Raytheon – Engineering | $ 7881.00 |
| 6. | Raytheon - PTF | $40,779.00 |

3.  NEVC will enter into joint check agreements with the contractors for whom it worked on the above referenced jobs to facilitate payment of the amounts agreed upon as above as soon as possible.

Respectfully submitted,

_____
Sheet Metal Workers Local 17 Funds

New England Ventilation Company, Inc.
By: _____
RICHARD W. DUPRE, President
By John A. Bresnahan, JR. under
Power of Attorney

By: _____
JOHN A. BRESNAHAN, JR.,
Treasurer

3