UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, et al.,<br>　　　　　　　Plaintiffs<br><br>vs.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>　　　　　　　Defendant<br><br>And<br><br>J.C. HIGGINS CORP., et al.,<br>　　　　　Reach and Apply Defendants<br>. | Civil Action No. 05-11330 WGY |

ANSWER OF REACH AND APPLY DEFENDANTS RAYTHEON COMPANY AND
RAYTHEON EDUCATIONAL SYSTEMS COMPANY TO PLAINTIFFS' COMPLAINT

　　　　Reach and apply defendants Raytheon Company ("Raytheon") and Raytheon Educational Systems Company ("RESC") hereby respond to the plaintiffs' Complaint as follows:

　　　　1.　　These reach and apply defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

　　　　2.　　These reach and apply defendants do not contest the jurisdiction of this Court. To the extent paragraph 2 contains allegations of fact, these reach and apply defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

　　　　3.　　These reach and apply defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 3-24 of the Complaint.

　　　　4.　　These reach and apply defendants admit the allegations contained in the first sentence of paragraph 25 of the Complaint and admit that NEVC performed work for Raytheon

Company on one project during the time alleged, and deny the remaining allegations of paragraph 25.

5. These reach and apply defendants deny the allegations of paragraph 26.

6. These reach and apply defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 27-49 of the Complaint.

7. In response to paragraph 50, these reach and apply defendants incorporate by reference its responses to paragraphs 1 through 37 of the Complaint as if fully set forth herein.

8. These reach and apply defendants admit that NEVC performed work for Raytheon Company on one project during the time alleged, deny the remaining allegations of paragraph 51 of the Complaint insofar as they pertain to these reach and apply defendants, and lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 51 of the Complaint insofar as they pertain to other reach and apply defendants.

9. These reach and apply defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52 of the Complaint.

10. Paragraph 53 consists of a conclusion of law to which no response is required, but to the extent it contains any allegations of fact, these reach and apply defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph RESC denies the allegations of paragraph 53.

**FIRST AFFIRMATIVE DEFENSE**

These reach and apply defendants incorporate by reference any and all defenses of NEVC to the Complaint.

### SECOND AFFIRMATIVE DEFENSE

No payments are due from these reach and apply defendants to NEVC because of the defense of payment.

### THIRD AFFIRMATIVE DEFENSE

No payments are due from these reach and apply defendants to NEVC because of the defense of failure to mitigate.

### FOURTH AFFIRMATIVE DEFENSE

No payments are due from these reach and apply defendants to NEVC because of a prior breach on the part of NEVC of any contract with these reach and apply defendants.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against RESC must be dismissed due to lack of service of process.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against RESC must be dismissed due to misnomer of a party.

### SEVENTH AFFIRMATIVE DEFENSE

No payments are due from these reach and apply defendants to NEVC because of the defense of the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

No payments are due from these reach and apply defendants to NEVC because of the defense of the defense of waiver.

### NINTH AFFIRMATIVE DEFENSE

No payments are due from these reach and apply defendants to NEVC because of the defense of estoppel.

**TENTH AFFIRMATIVE DEFENSE**

No payments are due from these reach and apply defendants to NEVC because of the defense of justification.

**ELEVENTH AFFIRMATIVE DEFENSE**

No payments are due from these reach and apply defendants to NEVC because of the defense of accord and satisfaction.

WHEREFORE, these reach and apply defendants respectfully request that the Court dismiss the Complaint as against them.

                                                Raytheon Company and Raytheon Educational Systems Company

                                                By its attorneys

                                                */s/ Deborah S. Griffin*
                                                Deborah S. Griffin, BBO #211460
                                                HOLLAND & KNIGHT LLP
                                                10 St. James Avenue
                                                Boston, MA  02116
                                                Tel:    (617) 305-2044
                                                Fax:    (617) 523-6850

Dated:  October 31, 2005

# 3332524_v1
045391.00003