UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, et al.,<br>　　　　　　　Plaintiffs<br><br>vs.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>　　　　　　　Defendant<br><br>and<br><br>J.C. HIGGINS CORP., et al.,<br>　　　　Reach and Apply Defendants<br>. | Civil Action No. 05-11330 WGY |

**CERTIFICATE OF SERVICE**

　　　I, Deborah S. Griffin, counsel to reach and apply defendants Raytheon Company and Raytheon Educational Systems Company in the above-captioned proceeding, hereby certify that I have this day served a copy of the Answer of Reach and Apply Defendants Raytheon Company and Raytheon Educational Systems Company to Plaintiffs' Complaint by CM/ECF to:

| | |
|---|---|
| Carolyn M. Francisco | cfrancisco@corwinlaw.com |
| David J. Gorman | dgorman@naisp.net |
| Paul F. Kelly | pkelly@segalroitman.com |
| Mary B. Murrane | Mary.murrane@bingham.com |
| Peter J. Nicosia | nicosia@nicosia-associates.com |
| Christopher Novello | cnovello@foley.com |
| Donald J. Siegel | dsiegel@segalroitman.com |
| Elizabeth A. Sloane | esloane@segalroitman.com |

and by First Class Mail, postage prepaid, on:

| | |
|---|---|
| Jon C. Mazuy, Esq.<br>Corwin & Corwin<br>One Washington Mall<br>Boston, MA  02108 | Kieran B. Meagher, Esq.<br>City, Hayes, Meagher & Dissette, P.C.<br>50 Congress Street<br>Boston, MA  02109 |

                                            RAYTHEON COMPANY

                                            By its attorneys

                                            HOLLAND & KNIGHT LLP


                                            /s/ *Deborah S. Griffin*
                                            Deborah S. Griffin, BNH 06485
                                            10 St. James Avenue
                                            Boston, MA  02116
                                            Tel:     617-523-2700
                                            Email:   deborah.griffin@hklaw.com

Dated: October 31, 2005

                                                                                           # 3344944_v1
                                                                                            045391.00075