UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, *et als*,<br>　　　　Plaintiffs | \|<br>\|<br>\| |
| v. | \| |
| NEW ENGLAND VENTILATION CO., INC.,<br>　　　　Defendants | \|<br>\| |
| and | \| |
| J.C. HIGGINS CORP., *et als*,<br>　　　　Reach and Apply Defendants | \|<br>\| |
| and | \| |
| BANKNORTH N.A. and SOVEREIGN BANK,<br>　　　　Trustees | \|<br>\| |

**APPLICATION FOR DEFAULT BY CROSS-CLAIM PLAINTIFF J.C. HIGGINS CORP. AGAINST DEFENDANT IN CROSS-CLAIM, NEW ENGLAND VENTILATION CO., INC.**

**PURSUANT TO RULE 55 (a)**

The undersigned requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that default enter against the defendant in cross-claim, New England Ventilation Co., Inc., for its failure to appear and failure to respond to the Cross-Claim served upon it.

Daniel E. Weiss, Jr., being duly sworn, hereby deposes and says:

1. I am a member of the Bar of the Commonwealth of Massachusetts and an attorney of record for Defendant J.C. Higgins Corp. ("Higgins") in the above-entitled action.

2. New England Ventilation Co., Inc. ("NEVC") was served with Higgins's Cross-Claim on October 8, 2005 by first certified US mail, return receipt requested.

3. Proof of service is in the form of a U.S. Postal Service "green card," a copy of which is attached hereto as Exhibit A.

4. NEVC is not an infant or incompetent person.

5. NEVC is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Relief Act of 1940, as amended.

6. NEVC has failed to answer the Cross-Claim or otherwise defend with respect to the Cross-Claim.

7. Therefore, Higgins requests the Clerk to enter default against NEVC on Higgins' Cross-Claim pursuant to Federal Rules of Civil Procedure 55(a).

Subscribed this 2nd day of November, 2005 under the pains and penalties of perjury.

Daniel E. Weiss, Jr.  BBO No. 635795
Attorney for Cross-Claim Plaintiff
J.C. Higgins Corp.
Kieran B. Meagher Associates, LLC
92 Montvale Avenue
Stoneham, MA 02180
(781) 246-1011

On this 2nd day of November, 2005, before me, the undersigned notary public, personally appeared Daniel E. Weiss, Jr., who I personally know and who signed the preceding document in my presence and who swore to the me that contents of the document are truthful and accurate to the best of his belief.

Lynda Killeen
Notary Public
My commission expires: _____   MY COMMISSION EXPIRES
JANUARY 23, 2009

# EXHIBIT "A"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery /0 8 |
| 1. Article Addressed to:<br>Richard W. Dupre<br>Registered Agent<br>New England Vent. Co., Inc.<br>514 Main St.<br>Tewksbury, MA 01876 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7002 3150 0000 6813 4923 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KIERAN B. MEAGHER ASSOCIATES LLC
92 MONTVALE AVE., SUITE 4180
STONEHAM, MA 02180

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. KEOGH, as he is ADMINISTRATOR, |
*et als*, |
        Plaintiffs |
|
v. |
|
NEW ENGLAND VENTILATION CO., INC., |
        Defendants |
|
and |
|
J.C. HIGGINS CORP., *et als*, |
        Reach and Apply Defendants |
|
and |
|
BANKNORTH N.A. and SOVEREIGN BANK, |
        Trustees |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of November 2005 I served a copy of <u>Application for Default by Cross-Claim Plaintiff J.C. Higgins Corp. Against Defendant and Defendant in Cross-Claim, New England Vent CO., Inc.</u> by first-class mail, postage prepaid, upon the following parties of record:

Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

Peter J. Nicosia, Esq.
Nicosia & Associates, P.C.
315 Middlesex Road
P.O. Box 721
Tyngsboro, MA 01879

Wyeth Laboratories
c/o Prentice Hall Corporation
84 State Street
Boston, MA 02109

Thomas G. Gallagher, Inc.
54 Washburn Avenue
Cambridge, MA 02140

Johnson Controls, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

Intel Massachusetts Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

Raytheon Educational Systems Company
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

JE Merit Constructors, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

York Operating Company d/b/a
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

Corporate Mechanical Inc.
200 Jefferson Road
Wilmington, MA 01887

U.S. Air Conditioning-Heating, Inc.
Attn: Suzanne Clifford
24 Perry Road
Quincy, MA 02170

Fred Williams, Inc.
20 Scanlon Drive
Randolph, AM 02368

G. Greene Construction Co., Inc.
Attn: Mr. Robert Greene
240 Lincoln Street
Allston, MA 02134

Commonwealth Air Conditioning & Heating, Inc.
c/o Corporation Service
84 State Street
Boston, MA 02109

J.C. Higgins Corp.
70 Hawes Way
Stoughton, MA 02072
Attn: Mr. Ron Cherkalsy

Brookstone Builders, Inc.
74 Cambridge Road
Bedford, NH 03102

N.B. Kenney, Inc.
316 Codman Hill Road
Boxborough, MA 01719


Date: November 2nd, 2005

_____
Daniel E. Weiss, Jr.