UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND; JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17,<br>        Plaintiffs,<br><br>        v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>        Defendant,<br><br>        and<br><br>J.C. HIGGINS CORP.; CORPORATE MECHANICAL, | C.A. No. 05-11330 WGY |

INC.; FRED WILLIAMS, INC.; G. GREENE        )
CONSTRUCTION CO., INC.; COMMONWEALTH )
AIR CONDITIONING & HEATING, INC.; US AIR )
CONDITIONING-HEATING, INC.; JE MERIT         )
CONSTRUCTORS, INC.; N.B. KENNEY COMPANY,  )
INC.; POIRIER & SPRINGER, INC.; BROOKSTONE  )
BUILDERS, INC.; RAYTHEON COMPANY;         )
RAYTHEON EDUCATIONAL SYSTEMS, INC.;       )
INTEL MASSACHUSETTS, INC.; THOMAS G.      )
GALLAGHER, INC.; JOHNSON CONTROLS, INC.;  )
WYETH PHARACEUTICALS, INC. AND/OR         )
WYETH LABORATORIES, INC.; and YORK        )
OPERATING      COMPANY d/b/a              )
YORK INTERNATIONAL CORPORATION,           )
          Reach and Apply Defendants,   )
                                          )
          and                           )
                                          )
BANKNORTH N.A. and SOVEREIGN BANK,         )
                                          )
          Trustees.                     )
_____)

## STIPULATION OF AGREEMENT

Whereas the Plaintiff Funds moved for a temporary restraining order in this case, and have agreed to postpone a hearing on the motion given their agreement to stipulate to the following:

1. NEVC agrees to pay the unpaid benefit fund contributions it owes to the Plaintiff Funds on the jobs listed in paragraph two below.

2. The Funds and NEVC agree that no less than the following amounts are owed to the Funds on the following jobs:

    | | | | |
    |---|---|---|---|
    | 1. | Therion Pharmaceutical – Fred Williams | $27,000.00 |
    | 2. | Wyeth – Brookstone Builders | $ 3500.00 |
    | 3. | 55 Summer Street – Commonwealth Air | $ 3112.00 |
    | 4. | Newton-Wellesley Hospital | $ 4500.00 |

2

|  |  |  |
|---|---|---|
| 5. | Raytheon – Engineering | $ 7881.00 |
| 6. | Raytheon - PTF | $40,779.00 |

3.  NEVC will enter into joint check agreements with the contractors for whom it worked on the above referenced jobs to facilitate payment of the amounts agreed upon as above as soon as possible.

                          Respectfully submitted,

_____  
Sheet Metal Workers Local 17 Funds

New England Ventilation Company, Inc.

By: _____  
    RICHARD W. DUPRE, President  
    By John A. Bresnahan, JR. under  
    Power of Attorney

By: _____  
    JOHN A. BRESNAHAN, JR.,  
    Treasurer