UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <br>    Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br>    Defendant, <br><br> and <br><br> J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR | C.A. No.  05-11330 WGY |

| | |
|---|---|
| CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, INC.; POIRIER & SPRINGER, INC.; BROOKSTONE BUILDERS, INC.; RAYTHEON COMPANY; RAYTHEON EDUCATIONAL SYSTEMS, INC.; INTEL MASSACHUSETTS, INC.; THOMAS G. GALLAGHER, INC.; JOHNSON CONTROLS, INC.; WYETH PHARACEUTICALS, INC. AND/OR WYETH LABORATORIES, INC.; and YORK OPERATING COMPANY d/b/a YORK INTERNATIONAL CORPORATION,<br>      Reach and Apply Defendants,<br><br>and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br><br>      Trustees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF AGREEMENT

Whereas the Plaintiff Funds moved for a temporary restraining order in this case, and have agreed that a hearing on that motion is not necessary at this time given the following stipulation by the undersigned Reach and Apply Defendant:

The undersigned Reach and Apply Defendant agrees that if it currently owes any funds to Defendant New England Ventilation Company, Inc. ("NEVC") on account of work performed by NEVC in 2005, or learns that it owes such funds to NEVC, it will hold such funds, and not transfer them directly to NEVC, absent an agreement of the parties or order of this Court.

J.E. Merit Constructors, Inc.
Reach and Apply Defendant,

_____
David J. Gorman, Esquire BBO #552174
David J. Gorman, P.C.
800 Turnpike Street, Suite 300
North Andover, MA 01845
(978) 686-5027

2