UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Keogh, as he is Administrator, and Festus Joyce and John Desmond, as they are Trustees, Sheet Metal Workers Local Union No. 17 Insurance and Annuity Funds, *et. al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>New England Ventilation Co., Inc.,<br><br>      Defendant,<br><br> and<br><br>J.C. Higgins Corp. *et. al.*,<br><br>      Reach and Apply Defendants,<br><br> and<br><br>BankNorth N.A. *et. al.*,<br><br>      Trustees. | CIVIL ACTION<br>NO. 05-11330 WGY |

**STIPULATION OF AGREEMENT**

Whereas the Plaintiff Funds moved for a temporary restraining order in this case, and have agreed that a hearing on that motion is not necessary at this time given the following agreement by the undersigned Reach and Apply Defendant Wyeth Pharmaceuticals Inc. ("Wyeth Pharmaceuticals"):

Wyeth Pharmaceuticals, named in the above-captioned litigation as a Reach and Apply Defendant, states that as of the date of this Stipulation of Agreement Wyeth Pharmaceuticals does not owe any funds to Defendant New England Ventilation Company, Inc. ("NEVC") on account of work performed by NEVC in 2005. If Wyeth Pharmaceuticals learns that it owes such funds to NEVC, it will hold the funds and not transfer them directly to NEVC, absent an agreement between Wyeth Pharmaceuticals and plaintiffs or an order of this Court.

- 2 -

                                                  **Wyeth Pharmaceuticals Inc.,**

                                                  By its attorneys,

                                                  /s/ Mary B. Murrane

                                                  Mary B. Murrane, BBO #644448
                                                  **BINGHAM MCCUTCHEN LLP**
                                                  150 Federal Street
                                                  Boston, MA 02110-1726

Dated: September 14, 2005                (617) 951-8000

LITDOCS/615093.1