**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br> Defendant, <br><br> and <br><br> J.C. HIGGINS CORP. et al., <br> Reach and Apply Defendants, <br><br> and <br><br> BANKNORTH N.A. and SOVEREIGN BANK, <br><br> Trustees. | C.A. No.  05-11330 WGY |

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Robert W. Keogh, as he is Administrator, et al., request that the Clerk enter the default of New England Ventilation Company (hereinafter "NEVC").  This request is made pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  In support of this request, the Plaintiffs say:

1)   This action was filed on June 23, 2005;

2)   The Complaint was served on Defendant NEVC on July 15, 2005.  Proof of service was filed with the Court on August 5, 2005 and is listed as document number 23 on the docket.

3)      The First-Amended Complaint was served on Defendant NEVC on August 2, 2005.  Proof of service was filed with the Court on August 29, 2005 and is listed as document number 42 on the docket;

4)      NEVC has never filed an Answer or a responsive pleading to the Complaint or Amended Complaint;

WHEREFORE, Plaintiff Funds seek the entry of Default in this matter.

                              Respectfully submitted,

                              ROBERT W. KEOGH, as he is
                              ADMINISTRATOR, et al.,
                              by their attorneys,


                              /s/ Elizabeth A. Sloane
                              Donald J. Siegel, Esq., BBO#461500
                              Elizabeth A. Sloane, Esq., BBO#567866
                              SEGAL, ROITMAN & COLEMAN
                              11 Beacon Street, Suite 500
                              Boston, MA  02108
                              (617) 742-0208

                              SHEET METAL WORKERS
                              LOCAL UNION NO. 17,
                              by its attorneys,


                              /s/ Paul F. Kelly
                              Paul F. Kelly, Esq., BBO#267000
                              SEGAL, ROITMAN & COLEMAN
                              11 Beacon Street, Suite 500
                              Boston, MA  02108
                              (617) 742-0208

Dated:  November 28, 2005


## VERIFICATION

        I, Elizabeth A. Sloane, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

                              /s/ Elizabeth A. Sloane
                              Elizabeth A. Sloane

Dated: November 28, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Verified Request for Entry of Default has been served on the defendant New England Ventilation Company Inc. on November 28, 2005 by mailing it by certified and first class mail, postage prepaid, to New England Ventilation Company c/o Jack Bresnahan, 31 Alvord Street, So. Hadley, MA  01075 and c/o Richard Dupre, 56B West Main Street, W. Groton, MA  01450, and by mailing it first class mail, postage prepaid to the following Reach and Apply Defendants or their counsel, as appropriate:

Carolyn Francisco, Esq.
(Counsel for NB Kenney)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Deborah Griffin, Esq.
(counsel for Raytheon and RESC)
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116

Kieran Meagher, Esq.
(Counsel for JC Higgins)
92 Montvale Avenue
Stoneham, MA    02180

Richard M. Harper II, Esq.
(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Mary Murrane, Esq.
(counsel for Wyeth Pharmaceutical)
Bingham McCutchen LLP
150 Federal Street
Boston, MA  2110-1726

David Gorman, Esq.
(counsel for JE Merit Constructors, Inc.)
David J. Gorman, PC
800 Turnpike Street, Suite 300
North Andover, MA  01845

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

Brookstone Builders
Attn:    Paula Scales
97 Eddy Road
Manchester, NH  03102

Fred Williams, Inc.
Attn:  Jay Williams
20 Scanlon Drive
Randolph, MA  02368

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane

eas/8603/05220/VERREQDEFAULT