UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. KEOGH, as he is ADMINISTRATOR, *et als*,
       Plaintiffs

v.

NEW ENGLAND VENTILATION CO., INC.,
       Defendants

and

J.C. HIGGINS CORP., *et als*,
       Reach and Apply Defendants

and

BANKNORTH N.A. and SOVEREIGN BANK,
       Trustees

CA No. 05-11330 WGY

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2005 I served a copy of **Application for Default by Cross-Claim Plaintiff J.C. Higgins Corp. Against Defendant and Defendant in Cross-Claim, New England Vent Co., Inc.** by first-class mail, postage prepaid, upon the following parties of record:

Richard W. Dupre, Registered Agent
New England Ventilation Co., Inc.
514 Main Street
Tewksbury, MA 01876

Date: November 17th, 2005

Daniel E. Weiss, Jr.