## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>Defendant,<br><br>and<br><br>J.C. HIGGINS CORP. et al.,<br>Reach and Apply Defendants,<br><br>and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br><br>Trustees. | C.A. No.  05-11330 WGY |

### NOTICE OF DISMISSAL

Now come the plaintiffs, Robert W. Keogh, as he is Administrator, et al., pursuant to Rule 41(a)(1), Fed. R. Civ. P., to notify the Court that plaintiffs' claim against Reach and Apply Defendant Fred Williams, Inc. is dismissed with prejudice and without costs.

Respectfully submitted,

**KEOGH, as he is ADMINISTRATOR, AND FESTUS JOYCE AND JOHN S. DESMOND, ET AL.,**
By their attorneys,

/s/ Elizabeth A. Sloane
Donald J. Siegel, Esq.
BBO #461500
Elizabeth A. Sloane, Esq.
BBO #567866
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA  02108
617-742-0208

Dated: December 22, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Notice of Dismissal has been served this 22nd day of December 2005 by mailing the same first class mail, postage prepaid, on the defendants or counsel for defendants as follows:

Jack Bresnahan
New England Ventilation Company
c/o 31 Alvord Street
So. Hadley, MA  01075

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Kieran Meagher, Esq.
(Counsel for Commonwealth Air Conditioning and JC Higgins)
92 Montvale Avenue
Stoneham, MA   02180

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169

Richard M. Harper II, Esq.
(counsel for Intel Massachusetts)

Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

Brookstone Builders
Attn:  Paula Scales
97 Eddy Road
Manchester, NH  03102

Fred Williams, Inc.
Attn:  Jay Williams
20 Scanlon Drive
Randolph, MA  02368

and has been served by CM/ECF on the following defendants' counsel:

| | |
|---|---|
| Carolyn M. Francisco | cfrancisco@corwinlaw.com |
| David J. Gorman | dgorman@naisp.net |
| Mary B. Murrane | mary.murrane@bingham.com |
| Deborah S. Griffin | Deborah.griffin@hklaw.com |

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane

ESloane/8603/NEVC/DismissalNoticeFredW