**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al., <br>　　　　Plaintiffs, <br><br>　　　v. <br><br>NEW ENGLAND VENTILATION CO., INC., <br>　　　　Defendant, <br><br>　　　and <br><br>J.C. HIGGINS CORP. et al., <br>　　　　Reach and Apply Defendants, <br><br>　　　and <br><br>BANKNORTH N.A. and SOVEREIGN BANK, <br><br>　　　　Trustees. | C.A. No. 05-11330 WGY |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now come the plaintiffs, Robert W. Keogh, as he is Administrator, et al (hereinafter, the "Funds"), and respectfully move this honorable Court for an extension of time from January 16, 2006 until January 27, 2006 in which to file Plaintiffs' Motion for Entry of Default Judgment against New England Ventilation Co., Inc. As grounds therefore, Plaintiffs state as follows:

1. The Plaintiffs have experienced an unanticipated delay in securing the necessary affidavits in support of their Motion.

2. No parties will be harmed by the delay.

WHEREFORE, Plaintiffs seek an extension of time until January 27, 2006 in which to file their Motion for Entry of Default Judgment in this matter.

Respectfully submitted,

**KEOGH, as he is ADMINISTRATOR, AND FESTUS JOYCE AND JOHN S. DESMOND, ET AL.,**
By their attorneys,

/s/ Elizabeth A. Sloane
Donald J. Siegel, Esq.
BBO #461500
Elizabeth A. Sloane, Esq.
BBO #567866
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA  02108
617-742-0208

Dated:  January 6, 2006

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Extension of Time to File Motion for Entry of Default Judgment has been served this 6th day of January 2006 by mailing the same first class mail, postage prepaid, on the defendants or counsel for defendants as follows:

Jack Bresnahan
New England Ventilation Company
c/o 31 Alvord Street
So. Hadley, MA  01075

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Kieran Meagher, Esq.
(Counsel for JC Higgins)
92 Montvale Avenue
Stoneham, MA  02180

2

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169

Richard M. Harper II, Esq.
(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

Brookstone Builders
Attn:  Paula Scales
97 Eddy Road
Manchester, NH  03102

and has been served by CM/ECF on the following defendants' counsel:

| | |
|---|---|
| Carolyn M. Francisco | cfrancisco@corwinlaw.com |
| David J. Gorman | dgorman@naisp.net |
| Mary B. Murrane | mary.murrane@bingham.com |
| Deborah S. Griffin | Deborah.griffin@hklaw.com |

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane

ESloane/8603/NEVC/MotionExtendTimeDJ1