# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br> Defendant, <br><br> and <br><br> J.C. HIGGINS CORP., et al. <br> Reach and Apply Defendants, <br><br> and <br><br> BANKNORTH N.A. and SOVEREIGN BANK, <br><br> Trustees. | C.A. No.  05-11330 WGY |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their attorneys, hereby stipulate and agree that Reach And Apply Defendant Raytheon Company may be dismissed from this case with prejudice and without costs.

**RAYTHEON COMPANY**

By its attorneys,

**ROBERT W. KEOGH, as he is ADMINISTRATOR, et al.**

By their attorneys,

 /s/ Deborah Griffin
Deborah Griffin, Esq.
BBO# 211460
Holland & Knight
10 St. James Avenue
Boston, MA  02116
617-523-2700
deborah.griffin@hklaw.com

/s/ Elizabeth A. Sloane
Donald J. Siegel, Esq.
BBO #461500
Elizabeth A. Sloane, Esq.
BBO #567866
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA   02108
617-742-0208
esloane@segalroitman.com

Dated: January 19, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Notice of Dismissal has been served this 19th day of January 2006 by mailing the same first class mail, postage prepaid, on the defendants or counsel for defendants as follows:

Jack Bresnahan
New England Ventilation Company
c/o 31 Alvord Street
So. Hadley, MA  01075

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Richard M. Harper II, Esq.
(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

Brookstone Builders
Attn:  Paula Scales
97 Eddy Road
Manchester, NH  03102

and has been served by CM/ECF on the following defendants' counsel:

| | |
|---|---|
| Carolyn M. Francisco | cfrancisco@corwinlaw.com |
| David J. Gorman | dgorman@naisp.net |
| Mary B. Murrane | mary.murrane@bingham.com |
| Kieran Meagher | kmeagher@kmeagherlaw.com |


/s/ Elizabeth A. Sloane
Elizabeth A. Sloane