## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>    Defendant,<br><br>and<br><br>J.C. HIGGINS CORP. et al.,<br>    Reach and Apply Defendants,<br><br>and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br><br>    Trustees. | C.A. No. 05-11330 WGY |

## NOTICE OF DISMISSAL

Now come the plaintiffs, Robert W. Keogh, as he is Administrator, et al., pursuant to Rule 41(a)(1), Fed. R. Civ. P., to notify the Court that plaintiffs' claim against Reach and Apply Defendant G. Greene Construction Co., Inc. is dismissed with prejudice and without costs.

        Respectfully submitted,

        **KEOGH, as he is ADMINISTRATOR, AND FESTUS JOYCE AND JOHN S. DESMOND, ET AL.,**
        By their attorneys,

        /s/ Elizabeth A. Sloane
        Donald J. Siegel, Esq.
        BBO #461500
        Elizabeth A. Sloane, Esq.
        BBO #567866
        Segal, Roitman & Coleman
        11 Beacon Street
        Boston, MA   02108
        617-742-0208
        esloane@segalroitman.com

Dated: January 19, 2006

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Notice of Dismissal has been served this 19th day of January  2006 by mailing the same first class mail, postage prepaid, on the defendants or counsel for defendants as follows:

Jack Bresnahan
New England Ventilation Company
c/o 31 Alvord Street
So. Hadley, MA  01075

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Kieran Meagher, Esq.
(Counsel for Commonwealth Air Conditioning and JC Higgins)
92 Montvale Avenue
Stoneham, MA    02180

John Reidy, Esq.
(Counsel for G. Greene Construction Co., Inc.)
Bishop & Reidy PC
Crown Colony Park
300 Congress Street, Suite 306
Quincy, MA  02169
Richard M. Harper II, Esq.

(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

Brookstone Builders
Attn:  Paula Scales
97 Eddy Road
Manchester, NH  03102

and has been served by CM/ECF on the following defendants' counsel:

| | |
|---|---|
| Carolyn M. Francisco | cfrancisco@corwinlaw.com |
| David J. Gorman | dgorman@naisp.net |
| Mary B. Murrane | mary.murrane@bingham.com |
| Deborah S. Griffin | Deborah.griffin@hklaw.com |

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane

ESloane/8603/NEVC/DismissalNoticeGGreene

3