UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>    Defendant,<br><br>    and<br><br>J.C. HIGGINS CORP. et al.,<br>    Reach and Apply Defendants,<br><br>    and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br>    Trustees. | C.A. No. 05-11330 WGY |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT
JUDGMENT AGAINST NEW ENGLAND VENTILATION COMPANY**

  Plaintiffs Robert W. Keogh, as he is Administrator, and Festus Joyce and John Desmond as they are Trustees, Sheet Metal Workers Local 17 Insurance and Annuity Funds, et al. ("the Funds"), respectfully request that the Clerk, pursuant to Rule 55(b)(1) of the Fed. R. Civ. P., enter default judgment in favor of the Plaintiff Funds and against Defendant New England Ventilation Company ("NEVC"), holding NEVC liable for all unpaid contributions owed to the Funds, together with interest, liquidated damages, late fees, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal balance of contributions owed | $298,680.73 |
| B. | Prejudgment interest on unpaid contributions, as mandated by 29 U.S.C. §1132(g)(2)(B) | $ 17,646.54 |
| C. | Liquidated damages, as authorized under 29 U.S.C. §1132(g)(2)(C)(ii) | $100,565.38 |
| D. | Late fees | $ 2,913.72 |
| E. | Attorneys' fees, as mandated by 29 U.S.C. §1132(g)(2)(D) | $ 43,508.61 |
| F. | Costs | $ 7,617.04 |
| | TOTAL | $470,932.02 |

As grounds therefore, the Funds state that default has been entered against NEVC for failure to answer or otherwise defend as to the Funds' Complaint. The Funds' claim is for a sum certain. Finally, NEVC is neither an infant nor an incompetent person.

In the alternative, the Funds move the Court to enter default judgment against Defendant NEVC pursuant to Rule 55(b)(2) in the amount of $470,932.02, which includes unpaid contributions, interest, late fees, liquidated damages and attorneys' fees and costs to date.

WHEREFORE, the Plaintiff Funds request that the Court grant their Motion for Default Judgment in this matter.

Respectfully submitted,

ROBERT W. KEOGH, as he is
ADMINISTRATOR, and FESTUS JOYCE
AND JOHN DESMOND, as they are
Trustees, SHEET METAL WORKERS
LOCAL NO. 17 INSURANCE AND
ANNUITY FUNDS, et al.,
by their attorneys,

/s/ Elizabeth A. Sloane
Donald J. Siegel, Esq., BBO#461500
Elizabeth A. Sloane, Esq., BBO#567866
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208
esloane@segalroitman.com

SHEET METAL WORKERS
LOCAL UNION NO. 17,
by its attorneys,

/s/ Paul F. Kelly
Paul F. Kelly, Esq., BBO#267000
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208
pkelly@segalroitman.com

Dated:  January 27, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Entry of Default Judgment Against New England Ventilation Company has been served this 27th day of January 2006 by mailing the same first class mail, postage prepaid, on the defendants or counsel for defendants as follows:

Rich Dupre
New England Ventilation Company
c/o 56B West Main Street
W. Groton, MA  01450

John Mazuy, Esq.
(Counsel for Thomas G. Gallagher)
Corwin & Corwin
One Washington Mall
Boston, MA  02108-2693

Richard M. Harper II, Esq.
(counsel for Intel Massachusetts)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Corporate Mechanical
Attn:  Mike Mahoney
200 Jefferson Rd.
Wilmington, MA  01887

Brookstone Builders
Attn: Paula Scales
97 Eddy Road
Manchester, NH 03102

and has been served by CM/ECF on the following defendants' counsel:

| | |
|---|---|
| Carolyn M. Francisco | cfrancisco@corwinlaw.com |
| David J. Gorman | dgorman@naisp.net |
| Mary B. Murrane | mary.murrane@bingham.com |
| Kieran Meagher | kmeagher@kmeagherlaw.com |

                                            /s/ Elizabeth A. Sloane
                                            Elizabeth A. Sloane


eas/8603/03382/DefJudgMotion.doc