UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>　　　　　　Defendant,<br><br>and<br><br>J.C. HIGGINS CORP., et al.<br>　　　　　　Reach and Apply Defendants,<br><br>and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br>　　　　　　Trustees. | C.A. No. 05-11330 WGY |

## AFFIDAVIT OF SHELLEY R. GOLDNER, ESQUIRE

Shelley R. Goldner, Esquire, declares as follows:

1.　　I am an associate with the law firm of Jennings Sigmond and presently serve as counsel to the Plaintiffs, the National Stabilization Agreement of the Sheet Metal Industry Trust Fund ("SASMI") and Sheet Metal Workers' National Pension Fund ("NPF"), International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI") (f/k/a National Training Fund for the Sheet Metal and Air Conditioning Industry), Sheet Metal Workers'

163505-1

International Association Scholarship Fund ("SMWIASF"), National Energy Management Institute Committee ("NEMI") and Sheet Metal Occupational Health Institute Trust Fund ("SMOHI") (NPF, ITI, SMWIASF, NEMI and SMOHI are jointly referred to as "National Funds", and together with SASMI, "Funds"), in this matter. I graduated from the George Washington University Law Center in 1980 and was admitted as a member of the Bar of the District of Columbia in 2003. I have been a member of the Pennsylvania Bar since 1980. I have represented employee benefit plans such as the Funds since 2002. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Affidavit to document the attorneys' fees and costs which the Funds have incurred in this case through January 20, 2006.

2. Attached as Exhibit 1 is an itemized billing statement showing all work performed by the offices of Jennings Sigmond, P.C. and related costs in connection with the collection of the contributions at issue in this action through January 20, 2006. The statements are prepared from contemporaneous attorney time and expense records, the originals of which are maintained in the regular business records of Jennings Sigmond, P.C.

3. Based upon my review of Exhibit 1, the Funds have incurred $2,904.00 in attorneys' fees and costs for work performed by the offices of Jennings Sigmond, P.C. The SASMI Trust Fund and the National Funds have agreed to apportion fees and costs of Jennings Sigmond in this case 21% to the SASMI Trust Fund (a total of $609.84 for attorneys' fees and costs) and 79% to the NPF (a total of $2,294.16 for attorneys' fees and costs.).

4. Attached as Exhibit 2 is a statement showing all work performed by attorneys and paralegals in the NPF's Legal Department. This statement shows a total of 1.0 hours, including

1.0 hours by Joanna M. Jones, a paralegal, whose time is billed at $80 per hour, for total fees by the NPF's Legal Department of $80.

                       I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: January 23, 2006

                       _____
                       SHELLEY R. GOLDNER

New England Ventilation Co., Inc.
Civil No. 05-11330 WGY
JENNINGS SIGMOND, P.C. JANUARY 2006 ATTORNEYS' FEES

Shelley R. Goldner, Esquire          SRG

| Date | Attorney | Task | Time |
|---|---|---|---|
| 1/5/06 | SRG | Review of Files<br>Review of Documents<br>Preparation of Memo Regarding Litigation Status | 1.3 |
| 1/13/06 | SRG | Review of Correspondence from E. Sloane<br>Preparation of Supporting Affidavits for Motion<br>Phone Conference with Attorney E. Sloane | 0.7 |
| 1/16/06 | SRG | Preparation for Supporting Affidavits for Motion (D. Ferguson, W. Shaw) | 1.0 |
| 1/19/06 | SRG | Memo Regarding Attorneys' Fees for Motion<br>Phone Conference with Attorney E. Sloane Regarding Affidavits Supporting Motion | 0.4 |
| 1/20/06 | SRG | Phone Call to J. Jones<br>Calculate SASMI Interest<br>Review of Correspondence from E. Sloane Regarding Affidavits for Default Motion<br>Review and Revision of Affidavits<br>Letter to J. Jones (x3)<br>Letter to E. Sloane Regarding Allocations and Distributions<br>Calculate Attorneys' Fees<br>Preparation of Attorney Fee Affidavit | 2.4 |

**Total: 5.8**

January Summary
SRG 5.8 Hrs x $180.00      =     $1,044.00
Attorneys' fees through Dec. 2005   1,860.00
JS Total:                         $2,904.00
NPF In-house fees:                   80.00
**Grand Total:**                  **$2,984.00**

163505-1

Report ID: OT2025 - 2653  
Friday, January 20, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By   MHT  
Page   1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| SASSMW | SASMI and SMWIF - Split Cases | 27340 | New England Ventilation | Sigmond, Richard B. |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/7/2005 | EBM | 0.10 | 0.10 | 180.00 | $18.00 | | | Computer Research Regarding Case Status |
| 9/9/2005 | SRG | 0.10 | 0.10 | 180.00 | $18.00 | | | Review of Memo re: Status |
| 9/29/2005 | SRG | 0.50 | 0.50 | 180.00 | $90.00 | | | Phone Conference with Attorney E. Sloane Regarding Release and Waiver, Garnishment, Mechanics' Lien, Bond Claim |
| 9/30/2005 | SRG | 1.70 | 1.70 | 180.00 | $306.00 | | | Review of Correspondence from E. Sloane Review of Lien Waiver, Release and Indemnification Review of File Phone Call to E. Sloane (Voicemail) Letter to J. Jones, J. Portinga Regarding Schedules, Remittance Reports Review of Correspondence from J. Jones Phone Conference with Attorney E. Sloane Regarding Waiver and Release Agreement, Issues |
| 10/3/2005 | SRG | 0.30 | 0.30 | 180.00 | $54.00 | | | Memo Regarding Litigation Status Letter to J. Portinga Regarding Updated Schedule |
| 10/6/2005 | SRG | 0.20 | 0.20 | 180.00 | $36.00 | | | Review of Correspondence from J. Portinga, Review of Schedule |
| 10/7/2005 | SRG | 1.10 | 1.10 | 180.00 | $198.00 | | | Review of Correspondence from E. Sloane Regarding Mechanics Lien Claims Calculate Interest Update Delinquency Calculations Letter to Attorney E. Sloane Regarding Same |
| 10/17/2005 | SRG | 0.50 | 0.50 | 180.00 | $90.00 | | | Review of Correspondence from E. Sloane Regarding Reach And Apply - Commonwealth Air (x2) Review of Proposed Agreement Against Commonwealth Air Letter to Attorney E. Sloane Regarding Proposed Revisions |
| 10/18/2005 | SRG | 0.60 | 0.60 | 180.00 | $108.00 | | | Review of Correspondence from E. Sloane (x3) Review of Stipulation Review of Bond Claim |
| 10/26/2005 | SRG | 0.30 | 0.30 | 180.00 | $54.00 | | | Review of Correspondence from E. Sloane Review of Agreement for Judgment Against Commonwealth Air Review of Stipulation of Agreement as to Unpaid Benefit Fund Contributions File Notes |
| 10/28/2005 | SRG | 0.50 | 0.50 | 180.00 | $90.00 | | | Review of Bond Claim on MGH Yawkey Center Review of Documents |
| 10/31/2005 | SRG | 0.40 | 0.40 | 180.00 | $72.00 | | | Review of Bond Claim Regarding Commercial St. Project Review of Bond Claim Regarding Harvard Project File Notes |
| 11/18/2005 | SRG | 0.20 | 0.20 | 180.00 | $36.00 | | | Memo Regarding Litigation Status |

Report ID: OT2025 - 2653
Friday, January 20, 2006

# Jennings Sigmond, P.C.
# Time And Expense Details

Beginning To End

Printed By   MHT
Page            2

| Billed Time Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 11/22/2005 | SRG | 0.50 | 0.50 | 180.00 | $90.00 | | Review of Correspondence from E. Sloane (x2); Review of Request for Default; Review of Answers of Defendants: Raytheon, Wyeth and Intel |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 11/30/2005 | Current Period | 11/22/2005 | 11 | 2005 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/12/2005 | SRG | 0.30 | 0.30 | 180.00 | $54.00 | | Review of Correspondence from E. Sloan; Review of Request to Enter Default; Review of Stipulations of Dismissals as to Various Reach and Apply Defendants; Memo Regarding Reach and Apply Defendants; Request for Default |
| 12/13/2005 | SRG | 0.20 | 0.20 | 180.00 | $36.00 | | Review of Correspondence from E. Sloane to Bob Keogh Regarding Payment from Fred Williams, Inc. for Contributions Owed on Therion Project |
| 12/19/2005 | SRG | 0.50 | 0.50 | 180.00 | $90.00 | | Letter to E. Sloane Regarding Same; Review of Correspondence from E. Sloane Regarding Therion Project and Raytheon Project |
| 12/29/2005 | SRG | 0.70 | 0.70 | 180.00 | $126.00 | | Phone Conference with E. Sloane Regarding Settlement of Raytheon Attachment; Preparation of Motion for Default Judgment against NEVC, Declarations Letter to E. Sloane Regarding Declarations Memo Regarding Litigation Status Review of Correspondence from E. Sloane Regarding Default Motion Review of Notice of Default Review of Standing Order Regarding Default Motions |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Billed Time Totals | 8.70 | 8.70 | | | |
| Report Totals | 8.70 | 8.70 | $1,566.00 | $0.00 | $1,566.00 |

*** End Of Report ***

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number SASSMW-27340-001 RBS
                         Bill date   08/10/05
```

Stabilization Agreement of the Sheet
    Metal Industry
c/o Margaret Brown
Sheet Metal Workers National
    Pension Fund


New England Ventilation (27340)
Stabilization Agreement of the Sheet Metal Industry
Sheet Metal Workers National Pension Fund

FOR PROFESSIONAL SERVICES RENDERED

```
07/19/05  SGR   Review of Correspondence from Fund regarding New
                Delinquency Case
                Review of Documents
                Preparation of Litigation Intake Memo
                                       .40 hrs   195  /hr        78.00
07/20/05  EBM   Review of File
                Computer Research Regarding Company
                Letter to J. Jones, J. Portinga Regarding Local
                17 Lawsuit
                                       .30 hrs   180  /hr        54.00
07/21/05  EBM   Review of File
                Computer Research Regarding Company
                Phone Conference with Local Counsel Regarding
                Pending Litigation
                Phone Conference with Company Regarding Same
                Letter to M. LeBlanc, D. Ferguson Regarding SASMI
                Fiduciary
                                       .40 hrs   180  /hr        72.00
07/25/05  EBM   Letter to Local Counsel Regarding Complaint
                Letter to M. LeBlanc Regarding Same
                                       .30 hrs   180  /hr        54.00
07/26/05  EBM   Letter to D. Petrice Regarding Trustees
                Review of Letter from Local Counsel Regarding
                Same
                Letter to Local Counsel Regarding Same
                                       .20 hrs   180  /hr        36.00
                                                             -----------
                TOTAL FEES                              $        294.00
```

DISBURSEMENTS

```
REPRINT OF BILLED DETAILS (as billed)
SASSMW-27340-001 RBS                                              Page    2
                                                                  -----------
            TOTAL DISBURSEMENTS                           $              .00

BILLING SUMMARY

            TOTAL FEES                                    $           294.00
                                                                  -----------
            TOTAL CHARGES FOR THIS BILL                   $           294.00
```

```
REPRINT OF BILLED DETAILS (as billed)
SASSMW-27340-ALL RBS                                              Page    1


                    REPORT TOTALS

              TOTAL FEES                                          294.00

              TOTAL DISBURSEMENTS                                     .00
                                                              -----------
                                                                  294.00
```

EXHIBIT 2

## TIME RECORD
## FOR SERVICES PERFORMED

K'or: NEW ENGLAND VENT

Case No.: 140253200507

At Court
Conference With
Correspondence From
Correspondence To
Deposition of
Dictation of
Drafting of
Filing of
Further Drafting of
Legal Research
Office Conference  Trial Preparation

Organization of File
Phone Conference With
Preparation For
Preparation of
Receipt and Exam of
Review of
Review of File
Revision of
Summary of Deposition
Examination of

**TIME CONVERSION**
| | |
|---|---|
| 6 min. = .1 | 36 min. = .6 |
| 12 min. = .2 | 42 min. = .7 |
| 18 min. = .3 | 48 min. = .8 |
| 24 min. = .4 | 54 min. = .9 |
| 30 min. = .5 | 60 min. = 1.0 |

**BILLING RATES**
| | |
|---|---|
| BP = $215 | |
| GG = $190 | DRH = $175 |
| WKK = $190 | SJK = $175 |
| JPC = $80 | DR = $175 |
| NSP = $80 | DLS = $80 |
| DMJ = $80 | LGC = $70 |

| Date | Attorney/Clerk | Description of Services | Time |
|---|---|---|---|
| 7/18/05 | JMJ | REVIEWED FILE. PREPARED FILE FOR COUNSEL. | .5 |
| 9-30-05 | JMJ | Updated dely info for counsel. | .5 |