**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

ROBERT W. KEOGH, as he is ADMINISTRATOR, and )
FESTUS JOYCE AND JOHN S. DESMOND, as they are )
TRUSTEES, SHEET METAL WORKERS LOCAL )
UNION NO. 17 INSURANCE AND ANNUITY FUNDS; )
et al., )
               Plaintiffs, )
  )
          v. )
  )    C.A. No.  05-11330 WGY
NEW ENGLAND VENTILATION CO., INC., )
              Defendant, )
  )
          and )
  )
J.C. HIGGINS CORP. et al., )
              Reach and Apply Defendants, )
  )
          and )
  )
BANKNORTH N.A. and SOVEREIGN BANK, )
  )
              Trustees. )
_____)

## <u>DEFAULT JUDGMENT</u>

Defendant New England Ventilation Company ("NEVC"), having failed to plead or

otherwise defend in this action and its default having been entered,

Now upon application of the Plaintiffs, Robert W. Keogh, as he is Administrator, and

Festus Joyce and John Desmond as they are Trustees, Sheet Metal Workers Local 17 Insurance

and Annuity Funds, et al., and affidavits and a memorandum of law demonstrating that NEVC

owes plaintiffs the sum of $298,680.73 in unpaid benefit fund contributions for the period

March 1 through June 15, 2005; $17,646.54 in prejudgment interest on the unpaid contributions;

$100,565.38 in liquidated damages; $2,913.72 in late fees; and $51,125.65 in attorneys' fees and

costs; and that defendant is not an infant or incompetent person or in the military service of the

United States, it is hereby

ORDERED AND ADJUDGED AND DECREED that the Funds recover from Defendant

NEVC the principal amount of $298,680.73, $17,646.54 in prejudgment interest on the unpaid

contributions; $100,565.38 in liquidated damages; $2,913.72 in late fees; and $51,125.65 in

attorneys' fees and costs, for a total judgment of $470,932.02, with post judgment interest as

provided by law, which interest rate effective this date is _____ percent (%).  Further, this

judgment is without prejudice to any claims plaintiffs might have against defendant for

contributions due after June 15, 2005.


_____
The Honorable William G. Young
United States District Judge


Dated:  _____, 2006


2