## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al., <br>     Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br>     Defendant, <br><br> and <br><br> J.C. HIGGINS CORP. et al., <br>     Reach and Apply Defendants, <br><br> and <br><br> BANKNORTH N.A. and SOVEREIGN BANK, <br>     Trustees. | C.A. No. 05-11330 WGY |

### DEFAULT JUDGMENT

Defendant New England Ventilation Company ("NEVC"), having failed to plead or otherwise defend in this action and its default having been entered,

Now upon application of the Plaintiffs, Robert W. Keogh, as he is Administrator, and Festus Joyce and John Desmond as they are Trustees, Sheet Metal Workers Local 17 Insurance and Annuity Funds, et al., and affidavits and a memorandum of law demonstrating that NEVC owes plaintiffs the sum of $298,680.73 in unpaid benefit fund contributions for the period March 1 through June 15, 2005; $17,646.54 in prejudgment interest on the unpaid contributions; $100,565.38 in liquidated damages; $2,913.72 in late fees; and $51,125.65 in attorneys' fees and

costs; and that defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED AND ADJUDGED AND DECREED that the Funds recover from Defendant NEVC the principal amount of $298,680.73, $17,646.54 in prejudgment interest on the unpaid contributions; $100,565.38 in liquidated damages; $2,913.72 in late fees; and $51,125.65 in attorneys' fees and costs, for a total judgment of $470,932.02, with post judgment interest as provided by law, which interest rate effective this date is 4.37 percent (%). Further, this judgment is without prejudice to any claims plaintiffs might have against defendant for contributions due after June 15, 2005.

*William G. Young*
The Honorable William G. Young
United States District Judge

Dated: *February 6*, 2006