UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; KEVIN GILL, as he is TRUSTEE, and STEPHEN MCKENZIE, as he is ADMINISTRATOR, SHEET METAL WORKERS LOCAL UNION NO. 17 APPRENTICE AND TRAINING FUND; THOMAS GUNNING, JR., as he is ADMINISTRATOR, EASTERN MASSACHUSETTS SHEET METAL INDUSTRY FUND, JOSEPH BERGANTINO, as he is TRUSTEE, LABOR MANAGEMENT COOPERATION TRUST FUND, JOHN HEALY, as he is TRUSTEE, SHEET METAL WORKERS LOCAL UNION NO. 17 SUPPLEMENTAL PENSION PLAN; BRUCE STOCKWELL AND KENNETH ALEXANDER, as they are TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, and as they are fiduciaries, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE; and SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND; and the SHEET METAL WORKERS LOCAL UNION NO. 17, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND VENTILATION CO., INC., <br> Defendant, <br><br> and <br><br> J.C. HIGGINS CORP.; CORPORATE MECHANICAL, INC.; FRED WILLIAMS, INC.; G. GREENE CONSTRUCTION CO., INC.; COMMONWEALTH AIR CONDITIONING & HEATING, INC.; US AIR CONDITIONING-HEATING, INC.; JE MERIT CONSTRUCTORS, INC.; N.B. KENNEY COMPANY, | C.A. No. 05-11330 WGY |

INC.; POIRIER & SPRINGER, INC.; BROOKSTONE            )
BUILDERS, INC.; RAYTHEON COMPANY;                     )
RAYTHEON EDUCATIONAL SYSTEMS, INC.;                   )
INTEL MASSACHUSETTS, INC.; THOMAS G.                  )
GALLAGHER, INC.; JOHNSON CONTROLS, INC.;              )
WYETH PHARACEUTICALS, INC. AND/OR                     )
WYETH LABORATORIES, INC.; and YORK                    )
OPERATING COMPANY d/b/a                               )
YORK INTERNATIONAL CORPORATION,                       )
          Reach and Apply Defendants,            )
                                                      )
    and                                              )
                                                      )
BANKNORTH N.A. and SOVEREIGN BANK,                    )
                                                      )
          Trustees.                              )
_____)

## STIPULATION OF DISMISSAL

All Plaintiffs and Defendant J.C. Higgins Corp. hereby stipulate and agree that all claims of plaintiff in this action against J.C. Higgins Corp. may be and hereby are dismissed with prejudice and without costs, waiving all rights of appeal.

| For the Plaintiffs | J.C. Higgins Corp. |
| By Their Attorney | By Its Attorney |

_____
Elizabeth A. Sloane, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

Dated: 10/16/06

_____
Kieran B. Meagher
Kieran B. Meagher Associates LLC
92 Montvale Avenue, Suite 4180
Stoneham, MA 02108

Dated: October 4, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this Stipulation of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent on this date by first class mail, postage prepaid, to those indicated as non-registered participants on the NEF.

Dated: October 18, 2006               /s/ Elizabeth A. Sloane
                                                Elizabeth A. Sloane