## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al., | ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) |  |
| v. | ) ) ) | |
| NEW ENGLAND VENTILATION CO., INC., | ) | |
| Defendant, | ) | C.A. No.  05-11330 WGY |
| and | ) ) ) | |
| J.C. HIGGINS CORP., et al. | ) | |
| Reach and Apply Defendants, | ) ) | |
| and | ) ) | |
| BANKNORTH N.A. and SOVEREIGN BANK, | ) ) | |
| Trustees. | ) ) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their attorneys, hereby stipulate and agree that Reach And Apply Defendant Wyeth Company may be dismissed from this case with prejudice and without costs.

**WYETH PHARMACEUTICALS, INC.**           **ROBERT W. KEOGH, as he is**
                                                                       **ADMINISTRATOR, et al.**


By its attorneys,                                              By their attorneys,

2

 /s/ Mary Murrane
Mary B. Murrane, Esq.
BBO # 644448
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
617-951-8000
mary.murrane@bingham.com

/s/ Elizabeth A. Sloane
Donald J. Siegel, Esq.
BBO #461500
Elizabeth A. Sloane, Esq.
BBO #567866
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA   02108
617-742-0208
esloane@segalroitman.com

Dated: March 30, 2007

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Stipulation of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 30th day of March, 2007.

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane