# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>　　　　Defendant,<br><br>　　and<br><br>J.C. HIGGINS CORP. et al.,<br>　　　　Reach and Apply Defendants,<br><br>　　and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br><br>　　　　Trustees. | C.A. No. 05-11330 WGY |

## NOTICE OF DISMISSAL

Now come the plaintiffs, Robert W. Keogh, as he is Administrator, et al., pursuant to Rule 41(a)(1), Fed. R. Civ. P., to notify the Court that plaintiffs' claim against Reach and Apply Defendant Brookstone Builders, Inc. is dismissed with prejudice and without costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**KEOGH, as he is ADMINISTRATOR, AND FESTUS JOYCE AND JOHN S. DESMOND, ET AL.,**
　　　　　　　　　　　　　　　　　　By their attorneys,

/s/ Elizabeth A. Sloane
Donald J. Siegel, Esq.
BBO #461500
Elizabeth A. Sloane, Esq.
BBO #567866
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA   02108
617-742-0208

Dated: March 30, 2007

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Notice of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 30th day of March, 2007.

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane, Esq.

ESloane/8603/NEVC/Pleadings/DismissalNoticeBrookstone