# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT W. KEOGH, as he is ADMINISTRATOR, and FESTUS JOYCE AND JOHN S. DESMOND, as they are TRUSTEES, SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE AND ANNUITY FUNDS; et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>NEW ENGLAND VENTILATION CO., INC.,<br>       Defendant,<br><br>       and<br><br>J.C. HIGGINS CORP., et al.<br>       Reach and Apply Defendants,<br><br>       and<br><br>BANKNORTH N.A. and SOVEREIGN BANK,<br>       Trustees. | C.A. No. 05-11330 WGY |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their attorneys, hereby stipulate and agree that Reach And Apply Defendant Thomas G. Gallagher, Inc. may be dismissed from this case with prejudice and without costs.

**THOMAS G. GALLAGHER, INC.**          **ROBERT W. KEOGH, as he is ADMINISTRATOR, et al.**

By its attorneys,                                          By their attorneys,

| | |
|---|---|
| /s/ Jon C. Mazuy | /s/ Elizabeth A. Sloane |
| Jon C. Mazuy, Esq. | Donald J. Siegel, Esq. |
| BBO # 326200 | BBO #461500 |
| CORWIN & CORWIN LLP | Elizabeth A. Sloane, Esq. |
| One Washington Mall | BBO #567866 |
| Boston, MA  02108 | SEGAL, ROITMAN & COLEMAN |
| 617-742-3420 | 11 Beacon Street, Suite 500 |
| jcm@corwinlaw.com | Boston, MA  02108 |
| | 617-742-0208 |
| | esloane@segalroitman.com |

Dated: April 2, 2007

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the above Stipulation of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 2nd day of April, 2007.

                                      /s/ Elizabeth A. Sloane
                                      Elizabeth A. Sloane, Esq.

ESloane/8603/NEVC/Pleadings/DismissalStipGallagher